UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V., | § § § § | |
| *Plaintiff,* | § | |
| vs. | § § | |
| GRUPO TRADECO, S.A. DE C.V., TRADECO INFRAESTRUCTURA, S.A. DE C.V. | § § § § | |
| *Defendants,* | § | Case No. _____ |
| vs. | § § | Admiralty |
| TRADECO INFRAESTRUCTURA, S.A. DE C.V., TRADECO INFRASTRUCTURE, INC., TRADECO INGENIERIA, S.A. DE C.V., INNOVACIONES TÉCHNICAS EN CIMENTACIÓN, S.A. DE C.V., TCO CONCRETE, INC., TEXAS DEPARTMENT OF TRANSPORTATION | § § § § § § § § § § | |
| *Garnishees.* | § § | |

**ATTORNEY'S DECLARATION THAT DEFENDANT CANNOT BE FOUND
WITHIN THE DISTRICT**

This declaration is executed by **Brett J. Young,** counsel for the Plaintiff, RANGER OFFSHORE MEXICO, S. DE R.L. C.V., in order to secure the issuance of a Summons and Process of Maritime Attachment and Garnishment in the above-entitled, in personam, Admiralty cause.

Pursuant to 28 U.S.C. §1746, **Brett J. Young**, declares under the penalty of perjury:

I am associated with the firm of K&L GATES, L.L.P., attorneys for Plaintiff, RANGER OFFSHORE MEXICO, S. DE R.L. C.V., in the above referenced matter.

I am familiar with the circumstances of the Verified Complaint, and I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of the defendant, GRUPO TRADECO, S.A. DE C.V., pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I have personally inquired or have directed inquiries into the presence of the defendant in this District.

I have personally checked with the office of the Secretary of State of the State of Texas, using the Secretary of State's Business Organizations database, and I have determined that, as of March 10, 2015, the defendant is not incorporated pursuant to the laws of Texas, and has not nominated any agent for the service of process within the Southern District of Texas.

I have inquired of Verizon Telephone Company whether the defendant can be located within this District. The Verizon Telephone Company has advised me that the defendant does not have any telephone number listings within this District.

I have further consulted with several other telephone directories on the internet, and I have found no separate telephone listings or addresses for the defendant within this District.

I am unaware of any general or managing agent(s) within this District for the defendant.

In that I have been able to determine that the defendant has not appointed an agent for service of process within the Southern District of Texas and that I have found no indication that the defendant can be found within this District for the purposes of Rule B, I have formed a good faith belief that the defendant does not have sufficient contacts or business activities within this District and does not have any offices or agents within this District to defeat maritime attachment

2

under Rule B of the Supplemental Rules for Admiralty and Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon my own investigation that the defendant cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: Houston, Texas
       March 10, 2015

K&L GATES, LLP
Attorneys for Plaintiff

By: _____
Brett J. Young
State Bar No. 24042203
SDOT: 566989
1000 Main Street, Suite 2550
Houston, Texas 77002
713/815-7300 (Telephone)
713/815-7301 (Facsimile)