UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V., <br><br>*Plaintiff*, <br><br>vs. <br><br>GRUPO TRADECO, S.A. DE C.V., TRADECO INFRAESTRUCTURA, S.A. DE C.V. <br><br>*Defendants*, <br>vs. <br><br>TRADECO INFRAESTRUCTURA, S.A. DE C.V., TRADECO INFRASTRUCTURE, INC., TRADECO INGENIERIA, S.A. DE C.V., INNOVACIONES TÉCHNICAS EN CIMENTACIÓN, S.A. DE C.V., TCO CONCRETE, INC., TEXAS DEPARTMENT OF TRANSPORTATION <br><br>*Garnishees*. | Case No. 4:15-cv-00635 <br><br>Admiralty |

**PLAINTIFF RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V.'S
UNOPPOSED MOTION TO EXTEND THE SUBMISSION DATE FOR
DEFENDANT TRADECO INFRAESTRUCTURA, S.A. DE C.V.'S MOTION TO
COMPEL ARBITRATION AND FOR STAY OR DISMISSAL OF LITIGATION**

Plaintiff Ranger Offshore Mexico, S. de R.L. de C.V. ("*Ranger*") files this Unopposed Motion to Extend the Submission Date for Defendant Tradeco Infraestructura, S.A. de C.V.'s ("*Tradeco*") Motion to Compel Arbitration and for Stay or Dismissal of Litigation (the "*Motion*") [Doc. 13].

1. Tradeco filed the Motion on Wednesday, April 8, 2015. [Doc. 13].

2 | P a g e

2. The Motion is set on the Court's submission docket for Wednesday, April 29, 2015 (the "*Submission Date*").  *See* Local Rule 7.3.

3. After receiving the Motion, Ranger requested that Tradeco agree to an extension of the Submission Date for two (2) weeks.

4. Tradeco is unopposed to Ranger's requested extension.

5. Accordingly, Ranger respectfully requests an extension of the Submission Date to Wednesday, May 13, 2015.

6. This unopposed motion is not brought for purposes of delay, but so that justice may be done.  Ranger's requested extension will not alter any current deadlines in this case and is made in good faith.

For the foregoing reasons, Ranger respectfully requests that the Court grant this unopposed motion and extend the Submission Date for Defendant's Motion to Wednesday, May 13, 2015.

Dated:  April 21, 2015                         Respectfully submitted,

*/s/ Brett J. Young*
Brett J. Young, Attorney in Charge
State Bar No. 24042203
SDOT: 566989
1000 Main Street, Suite 2550
Houston, Texas  77002
713/815-7300 (Telephone)
713/815-7301 (Facsimile)
brett.young@klgates.com

Of Counsel:
Elizabeth A. Gilman
State Bar No. 24069265
SDOT:  006637
beth.gilman@klgates.com

K&L Gates LLP
1000 Main Street, Suite 2550
Houston, Texas  77002
713/815-7300 (Telephone)
713/815-7301 (Facsimile)

**ATTORNEYS FOR PLAINTIFF RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V.**

## CERTIFICATE OF CONFERENCE

On April 17, 2015, I conferred with counsel for Defendant Tradeco Infraestructura, S.A. de C.V. regarding Plaintiff Ranger Offshore Mexico, S. de R.L. de C.V.'s request for an extension of the Submission Date for Defendant's Motion to Compel Arbitration and for Stay or Dismissal of Litigation to Wednesday, May 13, 2015.  Counsel for Tradeco indicated that Tradeco is unopposed to Ranger's requested extension mentioned above.

/s/ Brett J. Young
Brett J. Young

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on the following counsel of record on this 21st day of April 2015 pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5, as follows:

*Via CM/ECF System*
Michael Bell
Jay T. Huffman
Blank Rome LLP
700 Louisiana Street, Suite 4000
Houston, Texas  77002-2727
Tel 713.402.7630
Fax 713.228.6605
MBell@BlankRome.com
JHuffman@BlankRome.com

*Via Fax to 713-652-5130*
Brent Vannoy
Johnson DeLuca Kurisky & Gould, P.C.
4 Houston Center
1221 Lamar Street, Suite 1000
Houston, Texas 77010
Tel 713.652.2525
Fax 713.652.5130
BVannoy@jdkglaw.com

/s/ Brett J. Young
Brett J. Young