

**K&L GATES LLP**
1000 MAIN STREET
SUITE 2550
HOUSTON, TX 77002
T +1 713 815 7300   F +1 713 815 7301   klgates.com

Brett J. Young
Telephone 713-815-7304
Facsimile 713-583-2189
Brett.Young@klgates.com

June 10, 2015

Hon. Melinda Harmon                                               *Via CM/ECF System*
United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

    Re:    Case No. 4:15-cv-00635; *Ranger Offshore Mexico, S. de R.L. de C.V. v. Grupo Tradeco, S.A. de C.V., Tradeco Infraestructura, S.A. de C.V.*; in the U. S. District Court for the Southern District of Texas, Houston Division

Dear Judge Harmon:

    Pursuant to your request, contemporaneously with this letter we file revised interrogatories removing reference to the Texas Department of Transportation ("*TxDOT*").

    We understand the Court denied Plaintiff Ranger Offshore Mexico, S. de R.L. de C.V.'s ("*Ranger*") request under Federal Rule of Civil Procedure B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions to try to secure assets of Defendant Grupo Tradeco, S.A. de C.V. in the hands of TxDOT. Therefore, Ranger will pursue other available discovery mechanisms for non-parties apart from its Rule B attachment request.

    Thank you for your attention to this matter.

                                  Sincerely,

                                  Brett J. Young,
                                  Attorney-in-Charge for Plaintiff
                                  Ranger Offshore Mexico, S. de R.L. de C.V.

BJY:eag

cc:    Michael K. Bell                                                    *Via CM/ECF System*
        Jay T. Huffman                                                *Via CM/ECF System*
        Blank Rome LLP

# K&L GATES

Hon. Melinda Harmon
June 10, 2015
Page 2

       700 Louisiana Street, Suite 4000
       Houston, Texas 77002-2727

       Brent L. Vannoy                            *Via Facsimile to 713-652-5130*
       Johnson DeLuca Kurisky & Gould, P.C.
       4 Houston Center
       1221 Lamar, Suite 1000
       Houston, Texas   77010

       Elizabeth A. Gilman [Firm]