IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V., | § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | Civil Action No. 4:15-CV-00635 |
| TRADECO INFRAESTRUCTURA, S.A. DE C.V. ; ET AL., | | Admiralty |
| *Defendants*. | | |

## DECLARATION OF JOHN D. WAGNER

"My name is John Devin Wagner. I am over the age of twenty-one (21) years, of sound mind, and am capable of making this declaration. I declare under penalty of perjury that the facts stated in this Declaration are within my personal knowledge and are true and correct. I am the Accounting Coordinator for the Texas offices of K&L Gates LLP (the "Firm"), who represents Claimant Ranger Offshore Mexico, S. de R.L. de C.V. ("Ranger").

1. "The exhibits to Plaintiff's Response Brief in Opposition to Defendants' Motion to Vacatur that are filed contemporaneously herewith are true and correct copies of what were used or prepared in connection with the underlying arbitration:

| Ex. A-1 | BIMCO Time Charter Party for Offshore Service Vessels |
|---|---|
| Ex. A-2 | Time Charter Amendment |
| Ex. A-3 | Charter Party Guaranty |
| Ex. A-4 | Partial Final Award |
| Ex. A-5 | Final Award |
| Ex. A-6 | January 26, 2016 E-mail Correspondence from the Panel |
| Ex. A-7 | Respondents' Motion for Clarification |
| Ex. A-8 | Disposition of Motion for Correction and Clarification |
| Ex. A-9 | March 1, 2017 E-mail Correspondence from the Panel |
| Ex. A-10 | Second Amended Counterclaim and Statement of Defense |
| Ex. A-11 | Respondents' Response to Ranger's Motion for Fees and Costs |
| Ex. A-12 | Excerpts of Invoices for Legal Fees Incurred by Ranger |
| Ex. A-13 | Respondents' Sur-reply in Opposition to Ranger's Motion for Fees and Costs |
| Ex. A-14 | Affidavit of John F. Sullivan III |
| Ex. A-15 | Declaration of James P. Lam |
| Ex. A-16 | Declaration of Alexander C. Chae |
| Ex. A-17 | Declaration of Roger Morales Banuet |

| Ex. A-18 | Order Granting Ranger's Motion for Partial Summary Disposition on Respondents' Pre-Suspension Debt |
| --- | --- |
| Ex. A-19 | April 23, 2016 Order Denying Respondents' Motion to Dismiss or Abate Arbitration |
| Ex. A-20 | Ranger's Response to Motion to Dismiss or Abate Arbitration |

Executed in Houston, Texas, on this 30th day of June, 2017.

_____
John D. Wagner