# EXHIBIT A-6

**From:** Gene Silva [mailto:ejsilva@swbell.net]
**Sent:** Thursday, January 26, 2017 11:47 AM
**To:** 'Aníbal Sabater'; Gilman, Beth A.; blv@hwallp.com; Young, Brett J.; Wagner, Devin; Wagner, Devin; JHuffman@BlankRome.com; Sullivan III, John F.; Hines, Julius H.; MBell@BlankRome.com; Patrick.Cooney@roystonlaw.com
**Subject:** Ranger vs. Tradeco - announcement

Dear Counsel:

The Tribunal's Final Award, incorporating both the Partial award issued September 30, 2016 and the matter of recoverable attorney's fees, will be produced, dated and delivered by email to the parties on or before January 30, 2017. We will try to deliver a signed hard copy of the Final Award to counsel for the parties on that date as well.

The Tribunal, having concluded its assigned responsibilities, nevertheless agrees to remain impaneled for 30 days to hear any motions for clarification or correction of clerical or arithmetical mistakes that may be filed.

### Notice of Disbursement from Trust Account

An accounting of fees generated and costs incurred on the part of the Tribunal from the period commencing October1, 2016 to the present includes the following time reported by each member of the panel:

| | |
|---|---|
| Anibal Sabater | 7.5 hrs. |
| Patrick Cooney | 7.2 hrs. |
| Gene Silva | 14.0 hrs. |

1

Based on the foregoing and the previously agreed hourly rates for arbitrators in this matter, the sum of **$15,285** will be disbursed from the trust account established to cover these fees. Following the distribution of these amounts, the trust account will retain $28,254.55 which sums are available to offset whatever additional fees and expenses accrue during the 30 day period the Tribunal is impaneled. If the parties do not require clarification and are content to have this matter concluded at any time within that period, the Tribunal will promptly close its files and return all amounts then found in the trust account, half to each party or as otherwise directed by both.

Best personal regards,

Gene Silva, Chair

For the Panel

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Beth.Gilman@klgates.com.

2