# EXHIBIT A-7

HOUSTON MARITIME ARBITRATORS ASSOCIATION

| | |
|---|---|
| **RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V.,** | § § § |
| *Claimant,* | § § |
| vs. | § § § |
| **TRADECO INFRAESTRUCTURA, S.A. DE C.V.; GRUPO TRADECO, S.A. DE C.V.** | § § § § |
| *Respondents.* | |

**Respondents' Motion for Correction and Clarification**

Come now Respondents Tradeco Infraestructura, S. A. de C.V. ("**Tradeco**") and Grupo Tradeco, S.A. de C.V. ("**Grupo Tradeco**" and together with Tradeco, "**Respondents**") and respectfully submit this Motion for Clarification as provided for in the Final Award (the "**Award**").

On January 26, 2017, the Panel sent an email to the Parties, in which it "agree[ed] to remain impaneled for 30 days to hear any motions for clarification or correction of clerical or arithmetical mistakes that may be filed."[1]  Thereafter, on January 30, 2017, the Panel issued its Final Award which incorporated "[a]ll interlocutory rulings and orders made during the course of this arbitration, together with the PARTIAL FINAL AWARD."[2]  Respondents request correction on one point and clarification on another.

---

[1] Email from Gene Silva to parties, January 26, 2017.
[2] Final Award, FN 1, January 30, 2017.

A correction would seem to be in order at page 11 of the Partial Final Award in the second paragraph, the last sentence where the date appears to be incorrect. The sentence reads in pertinent part: "[t]his is arrived at by adding principal balances of $4,618,558.15 accrued in the pre-suspension period and $15,340,310.89 in the post suspension period, for a total of $19,958,869.04 plus interest at the rate of 12% per annum from May 27, 2015, as provided in the Charter Party Guarantee." This sentence is referring to the interest accruing on the Charter Party Guarantee. The Charter Party Guarantee was effective on May 27, 2014, not May 27, 2015. The Panel's interest computation uses the 2014 date. Thus it appears the date is incorrect. (If not, then the interest calculation is incorrect—but this does not seem to be the case.) Either way it appears a correction is in order.

The second point is one of clarification and concerns references the Panel makes in the Partial Final Award to Pagarés not being "executed".[3] "Executed" often, but not always, signifies "signed."[4] Here, however, it would seem to mean something else. Copies of the signed Pagarés were admitted into evidence (and are attached for ease of reference).[5] Accordingly Respondents request that the Panel clarify what is meant by the Pagarés not being "executed."

WHEREFORE Tradeco Infraestructura, S. A. de C.V. and Grupo Tradeco, S.A. de C.V. respectfully request the Panel amend and clarify the Award to clarify the date and interest on the Guaranty and what the Panel means by "execution" of the Pagarés.

---

[3] *See, e.g.*, Partial Final Award p. 14 ("However, there is no evidence that the remaining four Pagarés were ever executed or delivered by Tradeco to Ranger.").

[4] Execute is defined by Black's Law Dictionary in this context as being "[t]o make (a legal document) valid by signing. . . ." *Black's Law Dictionary* 649-50 (9th ed. 2009). "[T]he term 'executed' is a slippery word. Its use is to be avoided except when accompanied by explanation. . . . A contract is frequently said to be *executed* when the document has been signed, or has been signed sealed and delivered. Further, by executed contract is frequently meant one that has been fully performed by both parties." William R. Anson, *Principles of the Law of Contract* 26 (Arthur L. Corbin ed., 3d Am. Ed. 1919).

[5] Parties agreed all exhibits used during depositions are admitted. Day 6 Transcript, p. 890, l. 22-24. The Pagarés were an exhibit in the deposition of David Ignacio Espinosa Guzman, which was Ranger's exhibit 222. The Pagarés themselves are Ranger's hearing exhibit no. 72.

Respectfully submitted,

HUGHES WATTERS ASKANASE, LLP

*/s/ Brent L. Vannoy*
Brent L. Vannoy
TBN: 00794782
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 – Telephone
(713) 759-6834 – Facsimile
bvannoy@hwa.com


BLANK ROME, LLP

*/s/ Michael K. Bell*
Michael K. Bell
TBN: 02081200
MBell@BlankRome.com
Jay T. Huffman
TBN: 24059980
JHuffman@BlankRome.com
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6601 – Telephone
(713) 228-6605 – Facsimile

ATTORNEYS FOR RESPONDENTS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Response was served via email on the following on February 22, 2017.

Gene Silva – ejsilva@swbell.net

Anibal Sabater – Anibal.Sabater@chaffetzlindsey.com

Patrick Cooney – Patrick.Cooney@roystonlaw.com

John F. Sullivan, III – john.sullivan@klgates.com

Brett J. Young – brett.young@klgates.com

Beth A. Gilman – beth.gilman@klgates.com

Devin Wagner – devin.wagner@klgates.com

Julius H. Hines – Julius.hines@klgates.com

Jay Huffman – Jhuffman@BlanRome.com

Mike Bell – Mbell@BlankRome.com

      */s/ Brent L/ Vannoy*
      Brent L. Vannoy

## PAGARÉ

Por este Pagaré, la Sociedad Mercantil denominada TRADECO INFRAESTRUCTURA, S.A. DE C.V., representada por sus apoderados el señor Ingeniero Hilario de Jesús Orozco Unzueta y el Ingeniero David Espinoza Guzmán (en delante, la SUSCRIPTORA) y la sociedad denominada GRUPO TRADECO, S.A. DE C.V. en su carácter de AVAL ( en adelante, el AVAL), por valor recibido, prometen pagar incondicionalmente a RENGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. el día 30 de junio de 2014, la cantidad de US$600,000.00 (seiscientos mil dólares Moneda de Curso Legal en los Estados Unidos de América).

PAGO: El pago se efectuará sin compensación alguna y sin necesidad de previo cobro, presentación, ni diligencia alguna, en fondos inmediatamente disponibles, en el domicilio convencional de RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. ubicado en Av. Edzna #49, Parque Industrial Mundo Maya, Ciudad del Carmen, Campeche, México, C.P. 24153. La SUSCRIPTORA podrá realizar pagos parciales al total estipulado en el presente pagaré antes de la fecha de vencimiento.

CAPITAL: Será pagada por el SUSCRIPTORA en una sola exhibición al término del plazo, el cual vencerá el día 30 de junio de 2014. El pago se realizará en pesos (Moneda Nacional) y será de acuerdo al tipo de cambio que publique el Banco de México en la fecha de pago.

INTERESES: A partir de la fecha de suscripción del presente PAGARÉ y hasta la fecha de pago antes señalada, la suma principal insoluta devengará intereses ordinarios, que serán pagados en una sola exhibición junto con el principal, con base en el cual se calcularán los intereses que causa la suma principal de este Pagaré, a una tasa de interés anual igual al promedio de los últimos cuatro (4) meses de la tasa de interés interbancaria de equilibrio (TIIE) a 28 días publicada por el Banco de México mediante la Red Electrónica Mundial con el nombre de dominio www.banxico.org.mx, más un (1) punto.

En caso de que el suscriptor incumpla con el pago de principal que se obliga a realizar conforme al presente PAGARÉ, la suma insoluta vencida y no pagada devengará intereses moratorios diarios, desde la fecha en que incurra en mora hasta la fecha de su pago total, a la tasa anualizada que resulte multiplicar por 2.0 + 1 la tasa de interés ordinaria prevista en el presente PAGARÉ.

Asimismo, la SUSCRIPTORA se obliga a pagar al tenedor, junto con la suma principal y los intereses ordinarios y/o moratorios respectivos, los gastos en que, en su caso, tenga que incurrir el tenedor para hacer efectivo el cobro del presente Pagaré, incluyendo los honorarios de los abogados del tenedor.

La SUSCRIPTORA y/o el AVAL harán todos los pagos en relación con principal, intereses y las demás cantidades pagaderas conforme a este PAGARÉ, libres de y sin deducción alguna por cualquier responsable fiscal en relación con dichos pagos, pagaderos en cualquier jurisdicción.

Para todo lo relativo a la interpretación, ejecución y cumplimiento del presente PAGARÉ, las partes se someten a las leyes aplicables y a los tribunales competentes en la Ciudad de México, Distrito Federal, y expresamente renuncian a cualquier otro fuero, presente o futuro, que en razón de sus domicilios, de la ubicación de sus bienes o de cualquier otro concepto, pudiere corresponderles.

Este Pagaré se suscribe en la Ciudad de México, Distrito Federal a las 11 de junio de 2014.

Acepto y pagaré a su vencimiento:

| Tradeco Infraestructura S.A. de C.V. | Grupo Tradeco, S.A. de C.V. |
| Suscriptora | Aval |
| Domicilio: Insurgentes Sur 1647 Local D, México D.F. | Domicilio: Insurgentes Sur 1647 Local D, México, D.F. |

Ing. Hilario de Jesús Orozco Unzueta          Ing. David Ignacio Espinosa Guzmán
Ing. David Ignacio Espinosa Guzmán           Ing. Hilario de Jesús Orozco Unzueta

tradeco 000516

# PAGARÉ

Por este Pagaré, la Sociedad Mercantil denominada TRADECO INFRAESTRUCTURA, S.A. DE C.V., representada por sus apoderados el señor Ingeniero Hilario de Jesús Orozco Unzueta y el Ingeniero David Espinoza Guzmán (en delante, la SUSCRIPTORA) y la sociedad denominada GRUPO TRADECO, S.A. DE C.V. en su carácter de AVAL ( en adelante, el AVAL), por valor recibido, prometen pagar incondicionalmente a RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. el día 31 de julio de 2014, la cantidad de US$1,189,711.63 (un millón ciento ochenta y nueve mil setecientos once dólares 63/100 moneda de Curso Legal en los Estados Unidos de América).

PAGO: El pago se efectuará sin compensación alguna y sin necesidad de previo cobro, presentación, ni diligencia alguna, en fondos inmediatamente disponibles, en el domicilio convencional de RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. ubicado en Av. Edzna #49, Parque Industrial Mundo Maya, Ciudad del Carmen, Campeche, México, C.P. 24153. La SUSCRIPTORA podrá realizar pagos parciales al total estipulado en el presente pagaré antes de la fecha de vencimiento.

CAPITAL: Será pagada por el SUSCRIPTORA en una sola exhibición al término del plazo, el cual vencerá el día 30 de junio de 2014. El pago se realizará en pesos (Moneda Nacional) y será de acuerdo al tipo de cambio que publique el Banco de México en la fecha de pago.

INTERESES: A partir de la fecha de suscripción del presente PAGARÉ y hasta la fecha de pago antes señalada, la suma principal insoluta devengará intereses ordinarios, que serán pagados en una sola exhibición junto con el principal, con base en el cual se calcularán los intereses que causa la suma principal de este Pagaré, a una tasa de interés anual igual al promedio de los últimos cuatro (4) meses de la tasa de interés interbancaria de equilibrio (TIIE) a 28 días publicada por el Banco de México mediante la Red Electrónica Mundial con el nombre de dominio www.banxico.org.mx, más un (1) punto.

En caso de que el suscriptor incumpla con el pago de principal que se obliga a realizar conforme al presente PAGARÉ, la suma insoluta vencida y no pagada devengará intereses moratorios diarios, desde la fecha en que incurra en mora hasta la fecha de su pago total, a la tasa anualizada que resulte multiplicar por 2.0 + 1 la tasa de interés ordinaria prevista en el presente PAGARÉ.

Asimismo, la SUSCRIPTORA se obliga a pagar al tenedor, junto con la suma principal y los intereses ordinarios y/o moratorios respectivos, los gastos en que, en su caso, tenga que incurrir el tenedor para hacer efectivo el cobro del presente Pagaré, incluyendo los honorarios de los abogados del tenedor.

La SUSCRIPTORA y/o el AVAL harán todos los pagos en relación con principal, intereses y las demás cantidades pagaderas conforme a este PAGARÉ, libres de y sin deducción alguna por cualquier responsable fiscal en relación con dichos pagos, pagaderos en cualquier jurisdicción.

Para todo lo relativo a la interpretación, ejecución y cumplimiento del presente PAGARÉ, las partes se someten a las leyes aplicables y a los tribunales competentes en la Ciudad de México, Distrito Federal, y expresamente renuncian a cualquier otro fuero, presente o futuro, que en razón de sus domicilios, de la ubicación de sus bienes o de cualquier otro concepto, pudiere corresponderles.

Este Pagaré se suscribe en la Ciudad de México, Distrito Federal a las 11 de junio de 2014.

Acepto y pagaré a su vencimiento:

| Tradeco Infraestructura S.A. de C.V. | Grupo Tradeco, S.A. de C.V. |
|---|---|
| Suscriptora | Aval |
| Domicilio: Insurgentes Sur 1647 Local D, México D.F. | Domicilio: Insurgentes Sur 1647 Local D, México, D.F. |
| Ing. Hilario de Jesús Orozco Unzueta | Ing. David Ignacio Espinosa Guzmán |
| Ing. David Ignacio Espinosa Guzmán | Ing. Hilario de Jesús Orozco Unzueta |

tradeco 000517

# PAGARÉ

Por este Pagaré, la Sociedad Mercantil denominada TRADECO INFRAESTRUCTURA, S.A. DE C.V., representada por sus apoderados el señor Ingeniero Hilario de Jesús Orozco Unzueta y el Ingeniero David Espinoza Guzmán (en delante, la SUSCRIPTORA) y la sociedad denominada GRUPO TRADECO, S.A. DE C.V. en su carácter de AVAL ( en adelante, el AVAL), por valor recibido, prometen pagar incondicionalmente a RENGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. el día 29 de agosto de 2014, la cantidad de US$1,189,711.63 (un millón ciento ochenta y nueve mil setecientos once dólares 63/100 moneda de Curso Legal en los Estados Unidos de América).

PAGO: El pago se efectuará sin compensación alguna y sin necesidad de previo cobro, presentación, ni diligencia alguna, en fondos inmediatamente disponibles, en el domicilio convencional de RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. ubicado en Av. Edzna #49, Parque Industrial Mundo Maya, Ciudad del Carmen, Campeche, México, C.P. 24153. La SUSCRIPTORA podrá realizar pagos parciales al total estipulado en el presente pagaré antes de la fecha de vencimiento.

CAPITAL: Será pagada por el SUSCRIPTORA en una sola exhibición al término del plazo, el cual vencerá el día 29 de agosto de 2014. El pago se realizará en pesos (Moneda Nacional) y será de acuerdo al tipo de cambio que publique el Banco de México en la fecha de pago.

INTERESES: A partir de la fecha de suscripción del presente PAGARÉ y hasta la fecha de pago antes señalada, la suma principal insoluta devengará intereses ordinarios, que serán pagados en una sola exhibición junto con el principal, con base en el cual se calcularán los intereses que causa la suma principal de este Pagaré, a una tasa de interés anual igual al promedio de los últimos cuatro (4) meses de la tasa de interés interbancaria de equilibrio (TIIE) a 28 días publicada por el Banco de México mediante la Red Electrónica Mundial con el nombre de dominio www.banxico.org.mx, más un (1) punto.

En caso de que el suscriptor incumpla con el pago de principal que se obliga a realizar conforme al presente PAGARÉ, la suma insoluta vencida y no pagada devengará intereses moratorios diarios, desde la fecha en que incurra en mora hasta la fecha de su pago total, a la tasa anualizada que resulte multiplicar por 2.0 x 1 la tasa de interés ordinaria prevista en el presente PAGARÉ.

Asimismo, la SUSCRIPTORA se obliga a pagar al tenedor junto con la suma principal y los intereses ordinarios y/o moratorios respectivos, los gatos en que, en su caso, tenga que incurrir el tenedor para hacer efectivo el cobro del presente Pagaré, incluyendo los honorarios de los abogados del tenedor.

La SUSCRIPTORA y/o el AVAL harán todos los pagos en relación con principal, intereses y las demás cantidades pagaderas conforme a este PAGARÉ, libres de y sin deducción alguna por cualquier responsable fiscal en relación con dichos pagos, pagaderos en cualquier jurisdicción.

Para todo lo relativo a la interpretación, ejecución y cumplimiento del presente PAGARÉ, las partes se someten a las leyes aplicables y a los tribunales competentes en la Ciudad de México, Distrito Federal, y expresamente renuncian a cualquier otro fuero, presente o futuro, que en razón de sus domicilios, de la ubicación de sus bienes o de cualquier otro concepto, pudiere corresponderles.

Este Pagaré se suscribe en la Ciudad de México, Distrito Federal a las 11 de junio del 2014.

Acepto y pagaré a su vencimiento.

| Tradeco Infraestructura S.A. de C.V. | Grupo Tradeco, S.A. de C.V. |
| Suscriptora | Aval |
| Domicilio: Insurgentes Sur 1647 Local D, México D.F. | Domicilio: Insurgentes Sur 1647 Local D, México, D.F. |

Ing. Hilario de Jesús Orozco Unzueta
Ing. David Ignacio Espinosa Guzmán

Ing. David Ignacio Espinosa Guzmán
Ing. Hilario de Jesús Orozco Unzueta

tradeco 000518

## PAGARÉ

Por este Pagaré, la Sociedad Mercantil denominada TRADECO INFRAESTRUCTURA, S.A. DE C.V., representada por sus apoderados el señor Ingeniero Hilario de Jesús Orozco Unzueta y el Ingeniero David Espinoza Guzmán (en delante, la SUSCRIPTORA) y la sociedad denominada GRUPO TRADECO, S.A. DE C.V. en su carácter de AVAL ( en adelante, el AVAL), por valor recibido, prometen pagar incondicionalmente a RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. el día 30 de septiembre de 2014, la cantidad de US$989,711.63 (novecientos ochenta y nueve mil setecientos once dólares 63/100 Moneda de Curso Legal en los Estados Unidos de América).

PAGO: El pago se efectuará sin compensación alguna y sin necesidad de previo cobro, presentación, ni diligencia alguna, en fondos inmediatamente disponibles, en el domicilio convencional de RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. ubicado en Av. Edzna #49, Parque Industrial Mundo Maya, Ciudad del Carmen, Campeche, México, C.P. 24153. La SUSCRIPTORA podrá realizar pagos parciales al total estipulado en el presente pagaré antes de la fecha de vencimiento.

CAPITAL: Será pagada por el SUSCRIPTORA en una sola exhibición al término del plazo, el cual vencerá el día 30 de septiembre de 2014. El pago se realizará en pesos (Moneda Nacional) y será de acuerdo al tipo de cambio que publique el Banco de México en la fecha de pago.

INTERESES: A partir de la fecha de suscripción del presente PAGARÉ y hasta la fecha de pago antes señalada, la suma principal insoluta devengará intereses ordinarios, que serán pagados en una sola exhibición junto con el principal, con base en el cual se calcularán los intereses que cause la suma principal de este Pagaré, a una tasa de interés anual igual al promedio de los últimos cuatro (4) meses de la tasa de Interés Interbancaria de Equilibrio (TIIE) a 28 días publicada por el Banco de México mediante la Red Electrónica Mundial con el nombre de dominio www.banxico.org.mx, más un (1) punto.

En caso de que el suscriptor incumpla con el pago de principal que se obliga a realizar conforme al presente PAGARÉ, la suma insoluta vencida y no pagada devengará intereses moratorios diarios, desde la fecha en que incurra en mora hasta la fecha de su pago total, a la tasa anualizada que resulte multiplicar por 2.0 + 1 la tasa de interés ordinaria prevista en el presente PAGARÉ.

Asimismo, la SUSCRIPTORA se obliga a pagar al tenedor, junto con la suma principal y los intereses ordinarios y/o moratorios respectivos, los gastos en que, en su caso, tenga que incurrir el tenedor para hacer efectivo el cobro del presente Pagaré, incluyendo los honorarios de los abogados del tenedor.

La SUSCRIPTORA y/o el AVAL harán todos los pagos en relación con principal, intereses y las demás cantidades pagaderas conforme a este PAGARÉ, libres de y sin deducción alguna por cualquier responsable fiscal en relación con dichos pagos pagaderos en cualquier jurisdicción.

Para todo lo relativo a la interpretación, ejecución y cumplimiento del presente PAGARÉ, las partes se someten a las leyes aplicables y a los tribunales competentes en la Ciudad de México, Distrito Federal, y expresamente renuncian a cualquier otro fuero, presente o futuro, que en razón de sus domicilios, de la ubicación de sus bienes o de cualquier otro concepto, pudiere corresponderles.

Este Pagaré se suscribe en la Ciudad de México, Distrito Federal a las 11 de junio de 2014.

Acepto y pagaré a su vencimiento.



Tradeco Infraestructura, S.A. de C.V.
Suscriptora
Domicilio: Insurgentes Sur 1647 Local D, México, D.F.

Ing. Hilario de Jesús Orozco Unzueta
Ing. David Ignacio Espinoza Guzmán

Grupo Tradeco, S.A. de C.V.
Aval
Domicilio: Insurgentes Sur 1647 Local D, México, D.F.

Ing. David Ignacio Espinoza Guzmán
Ing. Hilario de Jesús Orozco Unzueta

Tradeco 000519

## PAGARÉ

Por este Pagaré, la Sociedad Mercantil denominada TRADECO INFRAESTRUCTURA, S.A. DE C.V., representada por sus apoderados el señor Ingeniero Hilario de Jesús Orozco Unzueta y el Ingeniero David Espinoza Guzmán (en delante, la SUSCRIPTORA) y la sociedad denominada GRUPO TRADECO, S.A. DE C.V. en su carácter de AVAL ( en adelante, el AVAL), por valor recibido, prometen pagar incondicionalmente a RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. el día 31 de octubre de 2014, la cantidad de US$989,711.63 (novecientos ochenta y nueve mil setecientos once dólares 63/100 Moneda de Curso Legal en los Estados Unidos de América).

PAGO: El pago se efectuará sin compensación alguna y sin necesidad de previo cobro, presentación, ni diligencia alguna, en fondos inmediatamente disponibles, en el domicilio convencional de RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. ubicado en Av. Edzna #49, Parque Industrial Mundo Maya, Ciudad del Carmen, Campeche, México, C.P. 24153. La SUSCRIPTORA podrá realizar pagos parciales al total estipulado en el presente pagaré antes de la fecha de vencimiento.

CAPITAL: Será pagada por el SUSCRIPTORA en una sola exhibición al término del plazo, el cual vencerá el día 31 de octubre de 2014. El pago se realizará en pesos (Moneda Nacional) y será de acuerdo al tipo de cambio que publique el Banco de México en la fecha de pago.

INTERESES: A partir de la fecha de suscripción del presente PAGARÉ y hasta la fecha de pago antes señalada, la suma principal insoluta devengará intereses ordinarios, que serán pagados en una sola exhibición junto con el principal, con base en el cual se calcularán los intereses que causa la suma principal de este Pagaré, a una tasa de interés anual igual al promedio de los últimos cuatro (4) meses de la tasa de interés interbancaria de equilibrio (TIIE) a 28 días publicada por el Banco de México mediante la Red Electrónica Mundial con el nombre de dominio www.banxico.org.mx más un (1) punto.

En caso de que el suscriptor incumpla con el pago de principal que se obliga a realizar conforme al presente PAGARÉ, la suma insoluta vencida y no pagada devengará intereses moratorios diarios, desde la fecha en que incurra en mora hasta la fecha de su pago total, a la tasa anualizada que resulte multiplicar por 2.0 + 1 la tasa de interés ordinaria prevista en el presente PAGARÉ.

Asimismo, la SUSCRIPTORA se obliga a pagar al tenedor, junto con la suma principal y los intereses ordinarios y/o moratorios respectivos, los gastos en que, en su caso, tenga que incurrir el tenedor para hacer efectivo el cobro del presente Pagaré, incluyendo los honorarios de los abogados del tenedor.

La SUSCRIPTORA y/o el AVAL harán todos los pagos en relación con principal, intereses y las demás cantidades pagaderas conforme a este PAGARÉ, libres de y sin deducción alguna por cualquier responsable fiscal en relación con dichos pagos, pagaderos en cualquier jurisdicción.

Para todo lo relativo a la interpretación, ejecución y cumplimiento del presente PAGARÉ, las partes se someten a las leyes aplicables y a los tribunales competentes en la Ciudad de México, Distrito Federal, y expresamente renuncian a cualquier otro fuero, presente o futuro, que en razón de sus domicilios, de la ubicación de sus bienes o de cualquier otro concepto, pudiere corresponderles.

Este Pagaré se suscribe en la Ciudad de México, Distrito Federal a las 11 de junio de 2014.

Acepto y pagaré a su vencimiento.

| | |
|---|---|
| Tradeco Infraestructura S.A. de C.V. | Grupo Tradeco, S.A. de C.V. |
| Suscriptora | Aval |
| Domicilio: Insurgentes Sur 1647 Local D, México, D.F. | Domicilio: Insurgentes Sur 1647 Local D, México, D.F. |
| Ing. Hilario de Jesús Orozco Unzueta | Ing. David Ignacio Espinosa Guzmán |
| Ing. David Ignacio Espinosa Guzmán | Ing. Hilario de Jesús Orozco Unzueta |

tradeco 000520

## PAGARÉ

Por este Pagaré, la Sociedad Mercantil denominada TRADECO INFRAESTRUCTURA, S.A. DE C.V., representada por sus apoderados el señor Ingeniero Hilario de Jesús Orozco Unzueta y el Ingeniero David Espinoza Guzmán (en delante, la SUSCRIPTORA) y la sociedad denominada GRUPO TRADECO, S.A. DE C.V. en su carácter de AVAL (en adelante, el AVAL), por valor recibido, prometen pagar incondicionalmente a RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. el día 28 de noviembre de 2014, la cantidad de US$989,711.63 (novecientos ochenta y nueve mil setecientos once dólares 63/100 Moneda de Curso Legal en los Estados Unidos de América).

PAGO: El pago se efectuará sin compensación alguna y sin necesidad de previo cobro, presentación, ni diligencia alguna, en fondos inmediatamente disponibles, en el domicilio convencional de RANGER OFFSHORE MÉXICO, S. DE R.L. DE C.V. ubicado en Av. Edzna #49, Parque Industrial Mundo Maya, Ciudad del Carmen, Campeche, México, C.P. 24153. La SUSCRIPTORA podrá realizar pagos parciales al total estipulado en el presente pagaré antes de la fecha de vencimiento.

CAPITAL: Será pagada por el SUSCRIPTORA en una sola exhibición al término del plazo, el cual vencerá el día 28 de noviembre de 2014. El pago se realizará en pesos (Moneda Nacional) y será de acuerdo al tipo de cambio que publique el Banco de México en la fecha de pago.

INTERESES: A partir de la fecha de suscripción del presente PAGARÉ y hasta la fecha de pago antes señalada, la suma principal insoluta devengará intereses ordinarios, que serán pagados en una sola exhibición junto con el principal, con base en el cual se calcularán los intereses que causa la suma principal de este Pagaré, a una tasa de interés anual igual al promedio de los últimos cuatro (4) meses de la tasa de interés interbancaria de equilibrio (TIIE) a 28 días publicada por el Banco de México mediante la Red Electrónica Mundial con el nombre de dominio www.banxico.org.mx, más un (1) punto.

En caso de que el suscriptor incumpla con el pago de principal que se obliga a realizar conforme al presente PAGARÉ, la suma insoluta vencida y no pagada devengará intereses moratorios diarios, desde la fecha en que incurra en mora hasta la fecha de su pago total, a la tasa anualizada que resulte multiplicar por 2.0 + 1 la tasa de interés ordinaria prevista en el presente PAGARÉ.

Asimismo, la SUSCRIPTORA se obliga a pagar al tenedor, junto con la suma principal y los intereses ordinarios y/o moratorios respectivos, los gastos en que, en su caso, tenga que incurrir el tenedor para hacer efectivo el cobro del presente Pagaré, incluyendo los honorarios de los abogados del tenedor.

La SUSCRIPTORA y/o el AVAL harán todos los pagos en relación con principal, intereses y las demás cantidades pagaderas conforme a este PAGARÉ, libres de y sin deducción alguna por cualquier responsable fiscal en relación con dichos pagos, pagaderos en cualquier jurisdicción.

Para todo lo relativo a la interpretación, ejecución y cumplimiento del presente PAGARÉ, las partes se someten a las leyes aplicables y a los tribunales competentes en la Ciudad de México, Distrito Federal, y expresamente renuncian a cualquier otro fuero, presente o futuro, que en razón de sus domicilios, de la ubicación de sus bienes o de cualquier otro concepto, pudiere corresponderles.

Este Pagaré se suscribe en la Ciudad de México, Distrito Federal a las 11 de junio de 2014.

Acepto y pagaré a su vencimiento:

| Tradeco Infraestructura S.A. de C.V. | Grupo Tradeco, S.A. de C.V. |
|---|---|
| Suscriptora | Aval |
| Domicilio: Insurgentes Sur 1647 Local D, México D.F. | Domicilio: Insurgentes Sur 1647 Local D, México D.F. |
| Ing. Hilario de Jesús Orozco Unzueta | Ing. David Ignacio Espinosa Guzmán |
| Ing. David Ignacio Espinosa Guzmán | Ing. Hilario de Jesús Orozco Unzueta |

tradeco 000521