# EXHIBIT A-9

| | |
|---|---|
| **From:** | Gene Silva |
| **To:** | Anibal.Sabater@chaffetzlindsey.com; Gilman, Beth A.; blv@hwa.com; Young, Brett J.; Wagner, Devin; JHuffman@BlankRome.com; Sullivan III, John F.; Hines, Julius H.; MBell@BlankRome.com; Patrick.Cooney@roystonlaw.com |
| **Subject:** | Ranger vs. Tradeco Disposition of Motion |
| **Date:** | Wednesday, March 01, 2017 9:01:21 PM |
| **Attachments:** | Houston Maritime Arbitrators Association final.docx |

Dear Counsel:

Attached is the Tribunal's Disposition of Respondents' motion for Correction and Clarification. Original duplicate signed versions of this document will be provided to counsel by mail or hand delivered within the next two weeks.

Having discharged its obligations, the Tribunal declares its status as Functus Officio. However, at least one administrative duty remains and that is to return to counsel on behalf of their clients whatever amounts remain in trust to cover fees and expenses incurred by the panel. That will be done, save and except for any further deduction therefrom that may be warranted since the last billing. We hope to complete this task before the end of the month.

Please be advised that panel members will be free to destroy all submitted documents, pleadings and other materials of every description in their individual possession 60 days from the date of this correspondence, without additional notice.

Best personal regards.


Gene Silva, Chair
for the Panel