# EXHIBIT
# A-13

## HOUSTON MARITIME ARBITRATORS ASSOCIATION

| | |
|---|---|
| **RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V.,** | § <br> § <br> § |
| *Claimant,* | § <br> § <br> § |
| **vs.** | § <br> § |
| **TRADECO INFRAESTRUCTURA, S.A. DE C.V.; GRUPO TRADECO, S.A. DE C.V.** | § <br> § <br> § <br> § <br> § |
| *Respondents.* | |

---

### Respondent's Sur-reply to Ranger's Reply to Response to Motion for an Award of Fees and Costs

---

Respondents Tradeco Infraestructura, S. A. de C.V. ("**Tradeco**") and Grupo Tradeco, S.A. de C.V. ("**Grupo Tradeco**" and together with Tradeco "**Respondents**") respectfully submit this sur-reply and request that the Panel: (1) deny Ranger all of its incurred and prospective attorneys' fees and costs and in the alternative (2) award an amount less than Ranger seeks.

## I.  INTRODUCTION

Respondents showed that Ranger has asked this panel to award fees and costs for unsuccessful and unnecessary maritime garnishments, and failed to segregate those fees and costs.  Ranger's reply contains the naked assertion, unsupported by any declaration or evidence, that "$140,695.50 is associated with garnishment."  However, a conservative analysis of Ranger's fee invoices reveals that number to be understated by over $100,000.  The Panel should reduce Ranger's claimed award by at least $242,939.06 for amounts related to the garnishments.

Respondents showed that Ranger has asked this panel to award fees and costs for putting together an accord and satisfaction (the so-called "**Amendment Number 1**") and failed to

segregate those fees and costs. Ranger's reply contains the naked assertion, unsupported by any declaration or evidence, that $112,112.19 is associated with Amendment Number 1. Respondents accept that number as the correct amount by which Ranger's claim should be reduced for amounts related to Amendment Number 1.

With regard to invoices from Mexican law firms, Ranger's reply contains a proffer of new evidence, in the form of broad, conclusory billing descriptions (which were inexplicably omitted from Ranger's original submission) that fail to supply the necessary level of detail. Accordingly, the sum of $40,832.36 should be deducted from the fee application for fees from Mexican law firms.

With regard to Albright Stonebridge Group, Ranger's reply contains more detail. However, the additional materials Ranger has submitted do nothing to change the evident fact that a very significant portion of the work for which Albright Stonebridge Group billed was for work in a parts of the world where Ranger Offshore Mexico, S. de R.L. de C.V. had no operations. Because Ranger has still not segregated ASG's fees and costs, the entire amount of $164,127.12 must be deducted from the fee application for fees from the Albright Stonebridge Group.

Respondents pointed out that Ranger failed to show proper attorney billing judgment with regard to the fees charged by K&L Gates. In response, Ranger's reply includes a new declaration—of one Ms. Robertson, a non-lawyer *i.e.*, someone who is not qualified to opine as to attorney's fees. Moreover, the declaration is internally inconsistent. As such, the Panel should disregard Ms. Robertson's declaration entirely. Finally, Ranger's reply includes a declaration of Mr. Julius Hines, on the matter of time billed for travel. Mr. Hine's declaration fails to make the necessary segregation of fees and contends substantive legal work was done

2

even though that work did not appear on certain invoice. Respondents do not question Mr. Hine's veracity. However, Respondents should not be required to pay for what Mr. Hines could not be troubled to describe at the time he was recording his "travel time."

## II. <u>NO EVIDENCE TO PROVE RANGER'S CLAIMS FOR FEES AND COSTS</u>

### A. Garnishment

Fees and costs related to Ranger's ill-advised garnishment actions should not be considered because they are not part of arbitration and therefore should not be a component of any fee awarded by this Panel. Further, even if the Panel decides it has the discretion to award such fees, they should not be awarded because Ranger has failed to show the garnishment actions were both reasonable and necessary

The garnishment actions were unsuccessful in attaching any assets, and they were not a required prerequisite to this arbitration action. Ranger would have the Panel believe that since orders were issued, the actions were successful, but this is setting the bar extremely low, since the single purpose of garnishment is to attach assets, not simply have orders issued.[1] Ranger is essentially asking the Panel to award a participation trophy in an event of its choosing in which Ranger was the only participant. Ranger's argument for recovering money for the unsuccessful garnishments fails because the garnishments were unnecessary, as evidenced by the fact they were unsuccessful in seizing anything of value.

Ranger also only offers conclusory and unsubstantiated statements regarding the reasonableness of the garnishment actions. Ranger has not presented the Panel with evidence that the unsuccessful garnishment actions were something that "[a]ny prudent creditor would

---

[1] Success is the favorable or prosperous termination of attempts or endeavors; the accomplishment of one's goals. http://www.dictionary.com/browse/success.

have done the same."[2]  Ranger states it had "strong reason to believe Respondents had assets,"[3] yet Ranger did not offer evidence to support their supposedly strong reasoning.  For example, Ranger did not offer the reports from the investigators it says it relied on as justification.  Ranger has offered nothing to prove filing the garnishment actions was reasonable.  Instead, Ranger attempts to shift the burden to Respondents by stating "Respondents offer no reason to conclude that filing attachment actions in New York, Miami and Houston, jurisdictions where Ranger had reason to believe that one or both Respondents have banking or business relationships, was imprudent or unreasonable."[4]  Yet, it is not Respondents' burden to prove that Ranger's fees are unreasonable.[5]  Moreover, the evidence is that Ranger failed to garnish a single dime.  Thus, the evidence is very much that the garnishments were unreasonable. Ranger contends that only $140,695.50 is associated with the garnishments , but a conservative estimate places the amount at least $242,939.06.[6]   The Panel should deduct $242,939.06 from the fee application for amounts associated with the garnishments.

### B.  Excluding fees and costs incurred before July 31, 2014

The Amendment to the Charter Party is an accord to the Charter Party.  The Amendment substituted the payment obligations of the Charter Party with those of the Amendment. Respondents are not disputing that payments were past due at the time of the signing of the Amendment, but the Amendment changed the payment arrangements entirely.   Ranger's

---

[2] Reply p. 5
[3] *Id.*
[4] *Id* at 6
[5] Ranger bears the burden (1) of proving reasonableness and necessity of the fees, and therefore exercised billing judgment, (2) of providing sufficient documentation to support an award and (3) to segregate recoverable fees from unrecoverable fees. *Chaparral Texas, L.P. v. W. Dale Morris, Inc.,* Civil Action No. H-06-2468, 2009 WL 455282, at *2 (S.D. Tex. Feb. 23, 2009), *amended by*, Civil Action No. H-06-2468, 2009 WL 1810125 (S.D. Tex. June 23, 2009); *Compass Bank v. 288/59 GP LLC*, Civil Action No. H-09-4099, 2011 WL 739341, at *1 (S.D. Tex. Feb. 23, 2011).
[6] See Exhibit "A" which is a highlighted review of K&L Gates' Fees from January 2015 to August 2015.  A search of terms related to the garnishment actions yielded a total of $274,310.00 in fees.

contention the Amendment "simply acknowledged that certain amounts were due and owing and would be paid according to a set schedule"[7] is a gross oversimplification of the provisions inside the Amendment. The Amendment instituted a new type of payment in the form of *Pagarés* as well as a new schedule for them to be paid. It also provided a suspension of the Charter Party which is a provision not found in the Charter Party.

Fees and costs incurred prior to July 31, 2014 must be excluded from the fee application. Respondents accept Ranger's position that $112,112.19 in fees and costs are those associated with negotiating the Charter Amendment, therefore the Panel must deduct $112,112.19 from the fee application.

### C. Mexican Law Firms

Ranger's evidence submitted in support of awarding fees and costs associated with the Mexican law firms of Garza, Tello y Asociados SC and Morales, Banuet & Asociados are deficient in detail and therefore must be denied. The Texas Supreme Court has determined it is crucial to obtain "sufficient information to make a meaningful evaluation of the application for attorney's fees."[8] This is because there is a financial incentive for counsel to expend countless hours on work that is not justified.[9] Both the Garza and Morales firms' billing invoices are extremely deficient in necessary information to make a meaningful evaluation possible.

Ranger contends time entries in mainly whole hour blocks with the description of "Study of Power of Attorney" and "Study of the case (review of documents, law and precedents)," Motion, Tab 10, at p. 2., is detailed enough given that "these are firms based in Mexico and are presumably less familiar with billing conventions used by American firms."[10] Ranger is asking

---

[7] Reply p. 9.
[8] *El Apple I, Ltd. v. Olivas,* 370 S.W.3d 757, 762 (Tex. 2012).
[9] See *Id.*
[10] Reply at p. 12.

the Panel to set lower standards for timekeepers who are outside of the United States. The Panel must follow Texas law. The Panel cannot apply one set of rules to American firms and second set of rules to non-American firms. Every fee and cost must satisfy all of the requirements of Texas law without exception. The fees and costs of Garza, Tello y Asociados SC and Morales, Banuet & Asociados in the amount of $40,832.36 must be deducted from the fee application.

### III. NEW EVIDENCE DOES NOT MEET RANGER'S BURDEN

The "new evidence"[11] submitted by Ranger still does not satisfy its burden of providing sufficient documentation to support the award of those fees and costs. The Panel is left without the necessary evidence to properly evaluate those fees and costs and therefore must exclude such fees and costs from any award in its discretion it may grant.

#### A. Albright Stonebridge Group

Respondents acknowledge receipt of clearer Albright Stonebridge Group ("**ASG**") invoices[12] as many of the previous invoices were undecipherable. However, these somewhat clearer invoices do not support Ranger's contention that ASG's fees and costs were related to this dispute, were reasonable and necessary, or contain enough information to allow for that determination.

Ranger has mischaracterized Respondents' argument regarding the fact that ASG's agreement was with Ranger Offshore, Inc., not Ranger Offshore Mexico, S. de R.L. de C.V. The point made is that the many of the goals for work to performed by ASG were for regions of the world in which Ranger Offshore Mexico, S. de R.L. de C.V. does not operate (but Ranger Offshore, Inc. does.) The agreement between Ranger Offshore, Inc. and ASG demonstrates that

---

[11] See generally Reply and Exhibits.
[12] Reply Exhibit "A".

6

ASG was retained to perform business consulting work unrelated to the issues before this Panel. Further, Ranger has made no attempt to segregate these unrelated fees.

ASG's strategy and goals are clearly defined in their agreement.

1.  Maximize Recovery of Outstanding Debt

2.  Navigating Current Business Landscape of Mexico

3.  Advice on Business and Political Climate Beyond Mexico[13]

Ranger now admits that the third strategy and goal was not related to Respondents or any issue before this Panel. Yet even with this admission, Ranger has not segregated fees and costs associated with advice on business outside of Mexico. Ranger contends that a second agreement signed at a much later date which covers Africa specifically covers fees associated with the third goal. The introduction of a second agreement over six months later does not rectify the unsegregated fees incurred in pursuance to the third goal for the six months or so they were operating under the first agreement.

Further, "Navigating Current Business Landscape of Mexico" was a task for ASG to assist Ranger in furthering its business interests in Mexico, not recovering a debt. ASG was implementing their strategy to reach their collective goal to "strengthen Ranger's ability to continue doing business with Mexican offshore oil companies."[14] Ranger employed ASG to expand its business in Mexico and beyond. Assisting with the collection of a debt was only a part of ASG's role. A part, if successful in the recovery of the debt would have been paid separate, an amount which Ranger admits it has not sought to recover from Respondents. ASG's fees and costs in the amount of $164,127.12 must be deducted from the fee application.

**B. Declaration of Megan Robertson**

---

[13] Letter Agreement between Albright Stonebridge Group and Ranger Offshore, Inc. dated June 5, 2015.

[14] *Id.*

Ranger's attempt to demonstrate proper attorney billing judgment through the declaration of the non-attorney Megan Robertson[15] is without merit.  This self-serving statement is full of such generalities that it hardly provides the Panel with the necessary information to determine the specific fees which were purportedly reduced.  She states that billable hours have been written off to "account for unproductive or redundant work," but the statement does not reveal how she knows this since she is not a lawyer.

Moreover, the testimony does not add up.  Ms. Robertson claims a total of $203,069.31 of unproductive or redundant hours were written off.  A breakdown of the total amount written off from each invoice is provided[16] which Ms. Robertson claims is to account for unproductive and redundant hours.  Unlike what Ms. Robertson implies, the invoices make no reference to unproductive or redundant hours.  In fact, the invoices themselves state things such as "Less 9% fee discount" (occurs on ten invoices).  Similarly, "Adjustment for transition of Arbitration and Total Fees" "Client Credit (Adjustment – Hines Rates, Invoices 3239305 and 3200525)" "Courtesy Discount" "Less Fees Adjustment" and "fee discount" each appear on one invoice.) Even more disturbing is that Ms. Robertson claims fees written off on five invoices, although nothing is mentioned on the invoice at all.  No invoice states or even references that the reason for a "discount" shown was to account for unproductive or redundant time.

In fact invoice 3260971 shows that $19,680.00 in client credit was due to K&L Gates overcharging Ranger for attorney Julius Hines' hourly rate, since on two invoices he was billed at $550.00 per hour instead of $400.00 per hour which was the rate for him on every other invoice.  This particular credit for overcharging Ranger is almost 10% of the amount K&L Gates claims is for unproductive or redundant time entries.  If more detail was provided in Ms.

---

[15] Reply Exhibit "B".
[16] Reply Exhibit "B".

Robertson's declaration there is no telling how many more credits would be uncovered for things other than unproductive and redundant time. Ms. Robertson's error filled declaration regarding K&L Gates' billing practices is unpersuasive in showing responsible billing judgment.

### C. Declaration of Julius H. Hines

Ranger correctly concedes that time for travel must be reduced by 50%. This is in part due to the simple fact that travel is non-legal in nature. However, Ranger is making the argument that travel time should be paid at 100% as Mr. Hines has attested in his declaration.[17] Ranger's single reason to pay 100% is that Mr. Hines performed some work while traveling. The type of work performed by an attorney while traveling can only be limited in nature and consequently less productive. Reducing travel fees accounts for this lower productivity. Further, claiming that unbilled hours by K&L Gates attorneys should somehow account for paying 100% of the unsegregated time is without merit. These phantom actions were neither properly recorded nor were they reflected on invoices billed to Ranger, and cannot be considered by the Panel.

Some of Mr. Hines' billing entries have travel time entered in the description along with other tasks. These travel entries are not segregated to determine the actual time spent traveling. It is Ranger's burden to segregate travel time entries for application of the 50% rule. The only option for the Panel to account for travel time under the 50% rule is to reduce the time entries signifying travel by 50%. A simple search of K&L Gates' invoices for the term "travel" yields a total of 54 hours of entries which were either all or part travel which yields a total billed of $27,262.50. After applying the 50% rule, $13,631.25 must be deducted from the fee application.

---

[17] Reply Exhibit "C".

## <u>CONCLUSION</u>

Therefore, based on its Response to Ranger's Motion for an Award of Fees and Costs, supporting evidence, Tradeco Infraestructura, S. A. de C.V. and Grupo Tradeco, S.A. de C.V. respectfully request the Panel: (1) deny Ranger all of its incurred and prospective attorneys' fees and costs and in the alternative (2) award an amount less than Ranger seeks.

Respectfully submitted,

HUGHES WATTERS ASKANASE, LLP

*/s/ Brent L. Vannoy*
Brent L. Vannoy
TBN: 00794782
Total Plaza
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 759-0818 – Telephone
(713) 759-6834 – Facsimile
bvannoy@hwa.com


BLANK ROME, LLP

*/s/ Michael K. Bell*
Michael K. Bell
TBN: 02081200
MBell@BlankRome.com
Jay T. Huffman
TBN: 24059980
JHuffman@BlankRome.com
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 228-6601 – Telephone
(713) 228-6605 – Facsimile

ATTORNEYS FOR RESPONDENTS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Response was served via email on the following on December 12, 2016.

Gene Silva – ejsilva@swbell.net

Anibal Sabater – Anibal.Sabater@chaffetzlindsey.com

Patrick Cooney – Patrick.Cooney@roystonlaw.com

John F. Sullivan, III – john.sullivan@klgates.com

Brett J. Young – brett.young@klgates.com

Beth A. Gilman – beth.gilman@klgates.com

Devin Wagner – devin.wagner@klgates.com

Julius H. Hines – Julius.hines@klgates.com

Jay Huffman – Jhuffman@BlanRome.com

Mike Bell – Mbell@BlankRome.com


*/s/ Brent L/ Vannoy*
Brent L. Vannoy

11

**Exhibit A**

Search terms for Garnishment from 01/05/2015 through 08/26/2015:

Garnishment
Pre-arbitration collection remedies
asset search
asset tracing
asset investigation
asset locator
Capitol Services
Investigators
Investigation
Investigative team
Attachment
Texas Department of Transportation (garnishee)
TXDOT
11th Amendment (argument raised in support of garnishee TXDOT)
Control Risks (vendor hired by Ranger to investigate assets to attach)
Lien searches
Construction bids (Tradeco infrastructura construction business)
Phenix (vendor hired by Ranger to investigate assets to attach)
Bank
Bank accounts
UCC lien (term used to refer to possible assets to attach)
TCO Concrete (garnishee)
Complaint (term used to refer to garnishment pleading)
New York (state garnishment was filed)
NY
Florida (state garnishment was filed)
FL
Miami
FRE 803(6) (Federal Rule of Evidence cited in Garnishment action)
G. Kontakis (New York attorney worked on Garnishment in New York)
Rule B (Federal Maritime Garnishment law
PMAG (Garnishee)
Novo Banco (Garnishee)
Shutts Bowen (Garnishee's Tampa law firm)
BESI (Banco Espirito Santo) (Garnishee)
ESB (Espirito Santo Bank) (Garnishee)
J. Erskine (K&L Gates governmental attorney who met with TXDOT)
Government Relations  (J. Erskine is government relations attorney)
Dismissal (refers to order of dismissal from NY and FL)
Bonding agencies (refers to bond companies on Tradeco freeway construction contracts)
Chase (Garnishee)
Bank of America (Garnishee)
American Home Assurance Company (bond company on Tradeco freeway construction contract)

**K&L GATES**

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 12/11/14 | R. R. Young | 0.00 | Prepare for meeting with J Lam and B Lam and Ranger business team regarding A/R from Tradeco | 0.00 |
| 12/12/14 | R. R. Young | 0.00 | Prepare for and hold meeting with J Lam and B Lam and Ranger business team regarding strategy for collection of A/R from Tradeco; follow-up regarding the same | 0.00 |
| 01/05/15 | E. A. Gilman | 0.50 | Begin analysis and research of pre-judgment remedies in preparation for initiating dispute | 200.00 |
| 01/05/15 | B. J. Young | 0.40 | Initial discussions with R. Young re alternatives to serve client on outstanding receivable and recruit associate for discrete research projects | 234.00 |
| 01/05/15 | R. R. Young | 2.10 | Review Texas law requirements for garnishment, attachment and sequestration; review client documents | 1,606.50 |
| 01/06/15 | R. R. Young | 0.60 | Continue document review and work on pre-trial strategy; initiate further research on pre-trial and pre-arbitration collection remedies, jurisdiction and venue issues, additional confirmation of affiliates and fictitious name usage in Texas; interoffice conferences with B. Young and B. Gilman regarding the same | 459.00 |
| 01/07/15 | E. A. Gilman | 8.80 | Analyze client documents and related correspondence to assist with research into pre-judgment remedies; conduct research of same in preparation for asserting claims; conduct additional research of ancillary issues in preparation for same, including analysis of service of process and preliminary asset searches | 3,520.00 |
| 01/07/15 | M. H. Troung | 3.50 | Compile client documents; review same in preparation for upcoming meeeting; prepare | 927.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | brief summary of documents review; attend counsel's meeting in connection with litigation strategy; research debtors' entities; prepare chart for same | |
| 01/07/15 | R. R. Young | 2.10 | Teleconference with J Lam regarding ███████████; followup regarding the same; teleconferences with investigators regarding the same and asset tracing in Mexico and USA; review preliminary research on ███████ ██████ meeting with B Gilman regarding litigation strategy; review and discuss availability of ██████ ████████ | 1,606.50 |
| 01/08/15 | E. A. Gilman | 1.70 | Prepare for and participate in meeting with B. Young and R. Young regarding analysis of research of ███████ ███████ and related issues and develop strategy for next steps | 680.00 |
| 01/08/15 | M. H. Troung | 3.60 | Numerous conferences with Capitol Services regarding federal and county lien searches in connection with various entities; review search results; update entities chart with lien search results and entities information | 954.00 |
| 01/08/15 | B. J. Young | 1.00 | Strategy meeting re path forward for investigation, research, analysis, and litigation | 585.00 |
| 01/08/15 | R. R. Young | 1.60 | Continue work on pre-litigation strategy; meetings with B. Young and B. Gilman regarding ████████████████████ ███████████████; review web references relating to road projects being carried out in the USA by Tradeco; prepare for telephone calls to investigators; | 1,224.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | teleconferences with J. Lam regarding the same | |
| 01/09/15 | E. A. Gilman | 1.80 | Research and analysis of application of maritime law and admiralty jurisdiction in the context of pre-arbitration remedies of attachment | 720.00 |
| 01/09/15 | M. H. Troung | 2.30 | Conference with counsel regarding research of entities' construction bids with the Texas Department of Transportation and status of same; review materials from the Texas Department of Transportation regarding same; review various documents on the Texas Secretary of State website and confirm contact information for defendants' entities; update entities chart with same | 609.50 |
| 01/09/15 | B. J. Young | 1.30 | Conference call with asset tracing firm and client re path forward; follow-up calls with TXDOT regarding same; mark-up confidentiality agreement for retnetion of asset search firm | 760.50 |
| 01/09/15 | R. R. Young | 1.30 | Meeting with J Lam and Control Risks ▮▮▮▮▮▮▮▮▮▮ follow-up regarding the same | 994.50 |
| 01/10/15 | B. J. Young | 0.30 | Mark-up terms and conditions proposed by asset investigation firm and return | 175.50 |
| 01/12/15 | E. A. Gilman | 5.70 | Conduct extensive research into general maritime law to assist in ▮▮▮▮▮▮▮▮▮▮ assist in preparation of pleadings related to same; work on securing asset investigations of Tradeco | 2,280.00 |
| 01/12/15 | M. H. Troung | 1.10 | Review Tradeco entities' reports filed with the Texas Secretary of State and compile tax identification numbers for same; forward information to counsel; update entities chart with results of lien searches in Montgomery County; perform addtional | 291.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | searches on Grupo and Group Tradeco | |
| 01/13/15 | E. A. Gilman | 1.30 | Continued research and analysis of maritime law regarding ██████ ████████████ and to assist in preparation of complaint | 520.00 |
| 01/13/15 | M. H. Troung | 3.90 | Research entitites' construction bids in Texas; review information and prepare chart for same | 1,033.50 |
| 01/13/15 | B. J. Young | 0.10 | Discussion with asset locator concerning retention language; set up teleconference re same | 58.50 |
| 01/14/15 | E. A. Gilman | 7.00 | Research and analysis of U.S. maritime law related to ████████████████████ ████████████████████ ████████████████████; continue research and analysis of U.S. maritime law related to ████████████████████; analysis and research related to general eligibility related to ████; begin research related to ████████; general analysis of research to determine additional issues | 2,800.00 |
| 01/14/15 | M. H. Troung | 1.70 | Review additional data from TX Department of Transportation; compile reports regarding construction bids; update bids chart with same | 450.50 |
| 01/15/15 | E. A. Gilman | 9.40 | Coordinate retention of Phenix Investigations to conduct asset search of Tradeco, including draft Nondisclosure Agreement, correspondence regarding same; correspondence with S. Hines in advance of conference Telephone call with to discuss strategy ████████ | 3,760.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ██████ continued analysis of Guarantee, Charter Party agreement, and Amendment to determine next steps; analysis of research to determine ████████████; conduct research related to choice of law provision; analysis of information related to Tradeco's work with TXDOT in the U.S.; analysis of federal court filings in preparation for drafting same | |
| 01/15/15 | M. H. Troung | 0.80 | Research ████████████ and forward same to counsel; compile entity's bids' chart with TX Department of Transportation and supporting documentation and forward same to counsel | 212.00 |
| 01/15/15 | B. J. Young | 0.10 | Call with Control Risks re path forward; discussion of ████████ with R. Young | 58.50 |
| 01/15/15 | R. R. Young | 1.10 | Review preliminary research with B Gilman; advise on pre-trial and litigation strategy | 841.50 |
| 01/16/15 | E. A. Gilman | 6.70 | Teleconference with S. Hines to discuss strategy for ████████████ and preparation for same; continue coordination of investigations regarding bank accounts; analysis of entity research in preparation for same; research and analysis of maritime law as it related to ████████; continued research and analysis as it relates to ████████ | 2,680.00 |
| 01/16/15 | J. H. Hines | 2.70 | Review email and BIMCO supply vessel agreement; brief research on vesel and Tradeco; conference call with Randy Young, Brett Young, Elizabeth Gilman | 1,417.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/16/15 | M. H. Troung | 0.40 | Compile Tradeco Infraestructura, Inc.'s construction bids and forward same to counsel; conference regarding the appropriate time frame to obtain the ▮▮▮▮▮; compile court's opinion in the ▮▮▮▮▮ and forward same to counsel | 106.00 |
| 01/16/15 | B. J. Young | 1.40 | Meeting and teleconference with Sam Hines re ▮▮▮▮▮; discussion with client on ▮▮▮▮▮ | 819.00 |
| 01/16/15 | R. R. Young | 1.50 | Meeting with Sam Hines regarding ▮▮▮▮▮ work on strategy plan | 1,147.50 |
| 01/19/15 | E. A. Gilman | 0.60 | Teleconference with Phenix investigator to provide additional information to assist in investigation; review correspondence from client concerning same; begin work on notice letters | 240.00 |
| 01/19/15 | M. H. Troung | 0.50 | Perform additional research on ▮▮▮▮▮ compile information regarding same | 132.50 |
| 01/20/15 | E. A. Gilman | 4.80 | Coordinate retention and efforts of Phenix investigations to assist in asset location; correspondence with Control Risks regarding same; prepare follow up for Control Risks to secure proposal and clear conflicts; research and analysis of relevant case law on ▮▮▮▮▮; begin work on points letter to address strategy and next steps | 1,920.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/20/15 | M. H. Troung | 0.80 | Conference with counsel regarding UCC search for entity Grupo Tradeco, S.A. De C.V.; conference with Texas Department of Transportation regarding request for lists of awarded/rejected construction bids since 1992; continue to research Tradeco entity's construction bids | 212.00 |
| 01/21/15 | E. A. Gilman | 8.20 | Correspondence with Control Risks regarding conflicts check; draft lengthy memo to client regarding ████████; review additional research related to ████ | 3,280.00 |
| 01/21/15 | M. H. Troung | 1.00 | Conferences with counsel regarding █████████ research and conference with Capitol Services regarding same; compile █████ and forward same to counsel | 265.00 |
| 01/21/15 | R. R. Young | 1.10 | Teleconference with J Lam; advise regarding █████████ | 841.50 |
| 01/22/15 | E. A. Gilman | 8.00 | Incorporate R. Young and B. Young revisions to client memo; gather and send documents to Control Risks to assist in preparation of their proposal; correspondence regarding same; schedule joint teleconference to discuss investigation; draft demand letter; analysis of relevant law regarding ████ | 3,200.00 |
| 01/22/15 | M. H. Troung | 2.50 | Compile UCC search results for defendant entities and prepare chart for same | 662.50 |
| 01/22/15 | B. J. Young | 3.10 | Review and revise memo to client on ████████; discuss strategy internally with R Young; attend conference call with J Lamm to ████████ draft action list from call and review/revise | 1,813.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | demand letter | |
| 01/22/15 | R. R. Young | 3.90 | Prepare for and participate in teleconferences with J Lam and B Lam regarding ███████ ; followup regarding the same; review and comment on ███████ prepare for teleconference with Control Risks | 2,983.50 |
| 01/23/15 | E. A. Gilman | 5.70 | Prepare for and participate in conference Telephone call with with Control Risks in preparation for starting investigation; follow up correspondence regarding same; incorporate B. Young and R. Young revisions to draft demand letter; confer with S. Hines regarding ███████ follow up regarding same; research and teleconference with client regarding ███████ ; revise and transmit executive summary in preparation for Saturday meeting | 2,280.00 |
| 01/23/15 | J. H. Hines | 1.50 | Conference with Beth Gilman regarding ███████ ; research regarding same; follow up email | 787.50 |
| 01/23/15 | B. J. Young | 1.30 | Conference call with asset search firm; review ███████ and cases explaining same; follow-up with client on facts ███████ | 760.50 |
| 01/23/15 | R. R. Young | 4.10 | Teleconferences with J Lam and B Lam regarding ███████ ; draft and revise letter and prepare for delivery pursuant to Charter Party | 3,136.50 |
| 01/26/15 | E. A. Gilman | 3.30 | Correspondence with client regarding ███████ ; assist in coordinating hand delivery of | 1,320.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | same; analysis of and teleconference regarding ███████████ correspondence with Control Risks regarding ongoing investigation; correspondence with Phenix regarding status of investigation; coordinate set up of extranet site to transmit and maintain client documents | |
| 01/26/15 | M. H. Troung | 0.60 | Review UCC lien search result for Grupo Tradeco, S.A. De C.V.; update UCC liens chart with same; update file data with UCC search reports for Tradeo entities | 159.00 |
| 01/26/15 | R. R. Young | 1.50 | Work on and revise notice of demand pursuant to charter agreement and the guarantee; telephone conference with J. Lam ██████████ | 1,147.50 |
| 01/27/15 | E. A. Gilman | 4.30 | Draft affidavit to confirm delivery of demand for payment; incorporate co-counsel revisions to same; transmit same to client; correspondence with Phenix investigations regarding ongoing investigations; teleconference with client ██████████; follow up regarding additional work for investigative team | 1,720.00 |
| 01/27/15 | M. H. Troung | 0.40 | Conference with counsel regarding revision to email addresses for client and counsel in firm's secured site; revise same; forward ██████████ to counsel | 106.00 |
| 01/27/15 | B. J. Young | 0.10 | Revise service affidavit | 58.50 |
| 01/27/15 | R. R. Young | 0.90 | Advise regarding ██████████ | 688.50 |
| 01/28/15 | E. A. Gilman | 2.30 | Correspondence with client regarding ██████████; correspondence with Phenix regarding additional assignments; prepare additional information to send to Control Risks | 920.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 01/28/15 | J. H. Hines | 1.20 | Further research on ▮▮▮▮ ▮▮▮▮ issues | 630.00 |
| 01/28/15 | M. H. Troung | 0.40 | Review correspondence from Texas Department of Transportation regarding bidders' list; review document and conference with representative regarding same | 106.00 |
| 01/28/15 | R. R. Young | 0.90 | Arrange local counsel for enforcement of promissory notes in Mexico | 688.50 |
| 01/29/15 | E. A. Gilman | 3.10 | Analysis of proposal from Control Risks; correspondence regarding same; draft ▮▮▮▮ ▮▮▮▮; incorporate B. Young revisions to same; send same to client | 1,240.00 |
| 01/29/15 | M. H. Troung | 0.90 | Prepare letter to Control Risks transmitting disk ▮▮▮▮ ▮▮▮▮ transmit same; prepare case information sheet; conferences regarding files organization | 238.50 |
| 01/29/15 | B. J. Young | 0.20 | Review and revise ▮▮▮▮ ▮▮ for Ranger | 117.00 |
| 01/29/15 | R. R. Young | 0.80 | Review and comment on Control Risk consulting agreement | 612.00 |
| 01/30/15 | E. A. Gilman | 2.40 | Correspondence with S. Hines regarding ▮▮▮▮ research; analysis of case regarding same; teleconference with R. Morales regarding ▮▮▮▮ ▮▮▮▮; correspondence with Control Risks regarding proposal; review revisions to same | 960.00 |
| 01/30/15 | J. H. Hines | 1.70 | Further research on ▮▮▮▮ and ▮▮▮▮ issues; email correspondence with Beth Gilman | 892.50 |
| 01/30/15 | B. J. Young | 1.00 | Conference call with client and co-counsel from Mexico re strategic decisions on ▮▮▮▮ ▮▮▮▮ | 585.00 |
| 01/30/15 | R. R. Young | 1.50 | Arrange, prepare for and participate in meeting with Roger Morales Banuet, | 1,147.50 |

# K&L GATES

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/02/15 | E. A. Gilman | 1.40 | Final review of control risks proposal; confer with co-counsel regarding same; correspondence with client regarding █████████; send same to control risks; teleconference with client regarding ██████████████; revise ████████████ and send to client | 560.00 |
| 02/02/15 | B. J. Young | 0.20 | Review Control Risks proposal; call with J Lam re ████████ ███████; discuss same with R Young | 117.00 |
| 02/03/15 | E. A. Gilman | 0.60 | Correspondence with investigative teams to assist in investigation; correspondence with client ████████; review letter from Pemex | 240.00 |
| 02/03/15 | M. H. Troung | 0.90 | Review data provided by the Texas Department of Transportation regarding contracts bids for the past three years; conference with counsel and forward same | 238.50 |
| 02/03/15 | R. R. Young | 1.50 | Email exchanges regarding investigations; teleconferences with Mexican counsel on Mexican legal questions | 1,147.50 |
| 02/04/15 | E. A. Gilman | 2.00 | Correspondence with investigation team regarding status; arrange group teleconference related to same; work on drafting complaint; analysis of information related to █████████ | 800.00 |
| 02/04/15 | M. H. Troung | 0.20 | Compile data obtained from the Texas Department of Transportation regarding contract bids and re-forward same to counsel | 53.00 |
| 02/04/15 | R. R. Young | 1.90 | Engaged regarding ████████ ████████████; teleconferences and email exchanges with Control Risks and Jim Lam ███████████ █████████ | 1,453.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 02/05/15 | E. A. Gilman | 1.00 | Teleconference with Control Risks regarding state of investigation; follow up regarding same; analysis of correspondence related to ▮▮▮▮ and ▮▮▮▮ | 400.00 |
| 02/06/15 | E. A. Gilman | 1.60 | Research and analysis of information related to TCO Concrete; correspondence related to same; continue work on draft complaint | 640.00 |
| 02/09/15 | E. A. Gilman | 0.90 | Correspondence with Control Risks regarding TCO Concrete; follow up regarding affidavit regarding delivery; work on corporate disclosure | 360.00 |
| 02/10/15 | E. A. Gilman | 0.10 | Correspondence with J. Lam regarding ▮▮▮▮ | 40.00 |
| 02/10/15 | M. H. Troung | 0.20 | Conferences with counsel regarding proper method for client to upload multiple documents to Extranet | 53.00 |
| 02/11/15 | E. A. Gilman | 2.10 | Review revisions to draft affidavit confirming delivery; correspondence with client ▮▮▮▮ review correspondence and participate in Telephone call with related to release of funds by trustee; begin review and analysis of documents uploaded on Extranet | 840.00 |
| 02/11/15 | M. H. Troung | 0.20 | Conferences with counsel regarding ▮▮▮▮ | 53.00 |
| 02/11/15 | B. J. Young | 0.60 | Conference call with client re ▮▮▮▮ and review language for letter re same | 351.00 |
| 02/11/15 | R. R. Young | 1.80 | Email exchanges and teleconferences with J Lam and E Garza regarding ▮▮▮▮ ; work on document requested by Bank in | 1,377.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | connection with interim payment | |
| 02/12/15 | E. A. Gilman | 1.50 | Conference Telephone call with with Control Risks to discuss status of asset investigations; follow up Telephone call with with J. Lam and R. Young ███████; teleconference with Control Risks; review applicable law related to ████ | 600.00 |
| 02/12/15 | M. H. Troung | 0.30 | Review documents provided by client on secured site and prepare to compile same for counsel | 79.50 |
| 02/13/15 | E. A. Gilman | 2.90 | Meeting with Control Risks regarding status of investigation; analysis of emails from Control Risks regarding additional findings; multiple teleconferences with Phenix regarding status of investigation and next steps; receipt and review of report; review and correspondence with Mexican counsel related to ████████; follow up regarding same | 1,160.00 |
| 02/13/15 | M. H. Troung | 2.90 | Continue to compile folders of client's emails and documents uploaded to secured site by client; numerous conferences with support service regarding compilation and organization of same for counsel in connection with ongoing litigation strategy; assist support service with compilation of various emails | 768.50 |
| 02/13/15 | R. R. Young | 1.50 | Prepare for and participate in meeting with Control Risks to discuss status of investigation; followup calls with J Lam and with Control Risks | 1,147.50 |
| 02/16/15 | E. A. Gilman | 3.00 | Continue work on draft of complaint, including drafting provisions regarding jurisdiction and venue, company histories, conditions precedent; analysis of ████████ | 1,200.00 |
| 02/16/15 | M. H. Troung | 0.40 | Conference regarding client's emails binder; review and | 106.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | fow30 same to counsel | |
| 02/16/15 | B. J. Young | 0.10 | Discuss path forward with R Young | 58.50 |
| 02/16/15 | R. R. Young | 1.50 | Meeting with Control Risk on status of investigation; review and respond to various update emails relating to the same; | 1,147.50 |
| 02/17/15 | E. A. Gilman | 4.00 | Correspondence with client regarding ███████████ ████; schedule conference regarding same; continue work on draft complaint, including draft disclosure statement, causes of action, factual background regarding demand under guarantee; correspondence with Control Risks regarding status of TXDOT investigation | 1,600.00 |
| 02/17/15 | J. H. Hines | 0.50 | Email communication with Beth Gilman regarding ██████ ███████████ | 262.50 |
| 02/18/15 | E. A. Gilman | 2.50 | Conference Telephone call with with client to discuss ████████████; follow up teleconference with Control Risks; outline strategy to same | 1,000.00 |
| 02/18/15 | B. J. Young | 1.00 | Conference call with B Lam and J Lam re ███████████ | 585.00 |
| 02/18/15 | R. R. Young | 2.10 | Prepare for and hold teleconference with Jim Lam and Bill Lam regarding ███████████ ██████████████████; advise regarding ████████████ ████; follow-up conversations with investigators; review and comment on ████████████ ██████ | 1,606.50 |
| 02/19/15 | E. A. Gilman | 9.50 | Review and analysis of ███████████████████ uploaded to Extranet site to assist with preparation of Complaint; ████████ related to same; complete first draft of Complaint; conference Telephone call with with Control | 3,800.00 |

**K&L GATES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | Risks regarding status; follow regarding same | |
| 02/19/15 | M. H. Troung | 0.10 | Compile ▮▮▮▮ and forward same to counsel for review | 26.50 |
| 02/19/15 | B. J. Young | 0.10 | Review and revise acceptance email of partial payment | 58.50 |
| 02/19/15 | R. R. Young | 0.80 | Teleconference with J Lam regarding ▮▮▮▮ | 612.00 |
| 02/20/15 | E. A. Gilman | 8.00 | Incorporate co-counsel revisions to draft Complaint, Verification, Interrogatories, and Disclosure Statement; continued analysis of client documents to assist in preparing same; correspondence with Control Risks to assist in preparation of pleadings and discuss next steps; correspondence with client ▮▮▮▮ | 3,200.00 |
| 02/20/15 | J. H. Hines | 0.20 | Call from Beth Gilman regarding ▮▮▮▮ | 105.00 |
| 02/20/15 | B. J. Young | 1.10 | Review and revise opening pleading and discuss same with B Gillman | 643.50 |
| 02/23/15 | E. A. Gilman | 3.90 | Analysis of ▮▮▮▮ to assist in preparation of pleadings; correspondence with investigation firm regarding status and next steps; correspondence with client related to same; begin work on preparing Spanish emails for translation; follow up regarding affidavit | 1,560.00 |
| 02/23/15 | M. H. Troung | 1.10 | Conference with counsel ▮▮▮▮ and compile Spanish emails to be forwarded to client for translation; review and compile same | 291.50 |
| 02/24/15 | E. A. Gilman | 0.60 | Prepare Spanish language documents for translation by client; correspondence with client ▮▮▮▮; review additional documents ▮▮▮▮ | 240.00 |

**K&L GATES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ██████████ | |
| 02/24/15 | M. H. Troung | 2.10 | Compile and upload Spanish emails and documents to secured site for client's translation; upload client documents transmitted by email | 556.50 |
| 02/24/15 | R. R. Young | 0.80 | Email exchange with Mexican counsel | 612.00 |
| 02/25/15 | E. A. Gilman | 4.30 | Teleconference with client regarding ██████; ████████████████; review rules regarding commencing arbitration; prepare chart to reflect ████████ ███ correspondence with client regarding same | 1,720.00 |
| 02/25/15 | B. J. Young | 0.40 | Conference call with client re ██████ | 234.00 |
| 02/25/15 | R. R. Young | 1.10 | Prepare for and participate in teleconference with Jim Lam to discuss ██████████ ████; followup regarding the same. | 841.50 |
| 02/26/15 | E. A. Gilman | 4.30 | Analysis of SOS searches for New York and Florida to determine ██████████; correspondence with prospective local counsel regarding same; draft notice of arbitration; review client correspondence with additional letters from Pemex | 1,720.00 |
| 02/26/15 | G. K. Kontakis | 0.50 | Teleconference with Attorney Gilman re: ████████ | 237.50 |
| 02/26/15 | L. E. Steinberger | 0.50 | Teleconference with G. Kontakis and B. Gilman to discuss ████ | 217.50 |
| 02/26/15 | M. H. Troung | 0.90 | Research defendants' entities and existence with the New York Secretary of State and Florida Secretary of State; compile search results and prepare memorandum to counsel ██████████ | 238.50 |
| 02/26/15 | B. J. Young | 0.30 | Review FRE 803(6) on federal requirements for ████████ | 175.50 |

K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ██████; discuss ██ with client | |
| 02/27/15 | E. A. Gilman | 6.20 | Incorporate co-counsel revisions to Notice of Arbitration; continued review and analysis of applicable rules related to same; incorporate same in notice; draft request for bifurcated proceeding; correspondence with Mexican counsel regarding ████t; draft affidavit of J. Lam to prove up documents; correspondence with client regarding ████████████████ ████████assist in analysis and translation of letters from Pemex | 2,480.00 |
| 02/27/15 | G. K. Kontakis | 0.80 | Review file documents re: draft Rule B applications for attachment of property found in district; exchanges with EAG re: ██████ | 380.00 |
| 02/27/15 | J. J. Ramos | 3.40 | Review various communications between Pemex and TradeCo and corresponding  translated summaries regarding same; | 969.00 |
| 02/27/15 | B. J. Young | 0.20 | Review and revise affidavits for filing; review Arbitration demand and revise | 117.00 |
| 02/27/15 | R. R. Young | 0.80 | Work on preparation of federal court complaint and request for arbitration | 612.00 |
| | | TOTAL FEES | 93.40   hrs | $    41,693.00 |

# K&L GATES

## **FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/02/15 | E. A. Gilman | 1.80 | Incorporate B. Young revisions to Notice of Arbitration and affidavit on business records; update damages calculations; correspondence with client regarding ▮ | 720.00 |
| 03/02/15 | B. J. Young | 0.60 | Discuss strategy ▮▮▮ with team; review and revise affidavits in support; revise arbitration demand | 351.00 |
| 03/02/15 | R. R. Young | 2.10 | Work on Notice of Arbitration and attachments; ==work on pleadings in federal court actions;== email exchanges and phone calls with J. Lam regarding ▮ | ==1,606.50== |
| 03/03/15 | E. A. Gilman | 2.10 | Correspondence with Mexican counsel regarding ▮; conduct initial arbitrator interviews; schedule follow up for same; correspondence with client regarding ▮ ▮ follow up regarding same | 840.00 |
| 03/03/15 | B. J. Young | 0.20 | Review and revise arbitration notice and other papers to file; discuss ▮ with R. Young | 117.00 |
| 03/03/15 | R. R. Young | 1.50 | Preparation for filing arbitration and request for interim relief | 1,147.50 |
| 03/04/15 | E. A. Gilman | 6.60 | Lengthy teleconferences with arbitrator candidates; follow up regarding same; teleconference with client regarding ▮ ▮; incorporate R. Young revisions to Notice and Affidavit; transmit same to client for review | 2,640.00 |
| 03/04/15 | M. K. Pinch | 1.00 | Provide selected publications of ▮ and ▮ | 265.00 |
| 03/04/15 | M. H. Troung | 0.90 | Numerous conferences regarding ▮ compile and forward ▮ to counsel; compile affidavit regarding delivery of demand letter to defendant | 238.50 |

# K&L GATES

Invoice # 3086097
2700105.00008
Page 3 of 19

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/04/15 | B. J. Young | 2.70 | Interviews of ███████████ ███████ party appointed arbitrator role | 1,579.50 |
| 03/04/15 | R. R. Young | 4.10 | Review and interview arbitration candidates, ██████ , ██████ ███████████ ; work on complaint and attachments to same; teleconference with client regarding ████████████ | 3,136.50 |
| 03/05/15 | E. A. Gilman | 5.50 | Correspondence with prospective arbitrator; follow up regarding same; lengthy teleconference with J. Lam discussing ███████ ; begin work on NY and FL pleadings | 2,200.00 |
| 03/05/15 | M. H. Troung | 1.80 | Conference with counsel regarding ████████████ ; review lawsuit timeline and update same; compile translation of Spanish emails | 477.00 |
| 03/05/15 | R. R. Young | 3.10 | Follow-up on selection of arbitrators; lengthy teleconference with J. Lam discussing ██████ ███████ ; continue to work on federal court pleadings | 2,371.50 |
| 03/06/15 | E. A. Gilman | 6.20 | Finish draft of pleadings for NY lawsuit; incorporate client and co-counsel revisions to complaint; lengthy teleconference with client ███████████ ; analyze information related ████████ ███████ | 2,480.00 |
| 03/06/15 | J. H. Hines | 0.70 | Conference regarding filing plans and follow up | 367.50 |
| 03/06/15 | M. H. Troung | 4.90 | Finalize review of timeline to complaint; compile exhibits to J. Lam's affidavit and forward same to counsel; review complaint and exhibits to same; conferences regarding garnishee entity, Banco Espirito Santo | 1,298.50 |
| 03/06/15 | B. J. Young | 1.00 | Discussion with arbitrator re fees and retention; review affidavit and J. Lam; review arbitration notice; review | 585.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | complaint | |
| 03/08/15 | E. A. Gilman | 3.20 | Ongoing correspondence with client regarding █████████ ██████████; confer with J. Hines regarding strategy for ████████████; analysis of same | 1,280.00 |
| 03/08/15 | J. H. Hines | 3.40 | Review draft attachment papers; further research of ███████████ ██; telephone conferences with B. Gilman; revisions to complaint based on ████████ ██████; email to B. Gilman regarding same | 1,785.00 |
| 03/09/15 | E. A. Gilman | 8.70 | Extensive work on preparing documents to file in New York, Florida, and Texas, including teleconferences with client to discuss ████████████████ ██████████████████, correspondence with New York and Florida counsel to assist in preparing supplemental B filings, and work on drafts of same | 3,480.00 |
| 03/09/15 | J. H. Hines | 1.00 | Telephone conferences with B. Gilman and G. Kontakis; revisions to New York attachment pleadings; email communications with C. Paul; revisions to Florida attachment pleadings | 525.00 |
| 03/09/15 | G. K. Kontakis | 6.80 | Teleconference with S. Hines regarding ████████████; receipt and review several exchanges between S. Hines and attorneys B. Young and B. Gilman; teleconference with attorney B. Young and B. Gilman regarding same; engage review of draft Verified Complaint for Rule B attachment in SDNY; draft various revisions to same; various exchanges and telecons with attorney B. Gilman regarding same; engage drafting of all supporting Rule B applicaiton documents, including PMAG, Order for Issuance of PMAG and Special | 3,230.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | Process Server, Declaration Defendant not Found, Rule 7.1 Statement and Verfication of Complaint; correspondence to Attorney B. Gilman regarding same | |
| 03/09/15 | M. H. Troung | 0.80 | Assist counsel with preparation of filing of lawsuit and exhibits to same | 212.00 |
| 03/09/15 | C. F. Wolf | 0.60 | Review Rule B rules and call with B. Gilman (.6) | 219.00 |
| 03/09/15 | B. J. Young | 1.20 | Calls with  clients regardomg ███████; calls with local K&L partners regarding ███████ ███████; review complaint | 702.00 |
| 03/09/15 | R. R. Young | 1.50 | Advise regarding ███████████████ ████████████████ | 1,147.50 |
| 03/10/15 | E. A. Gilman | 10.00 | Work on finalizing and filing, Notice of Arbitration, Texas Complaint and Supplemental B, Florida Complaint and Supplemental B, New York Complaint and Supplemental B | 4,000.00 |
| 03/10/15 | J. H. Hines | 0.90 | Review revisions to New York and Miami filings and emails regarding same | 472.50 |
| 03/10/15 | O. W. Kelman | 3.00 | Strategy conference with C. Wolf to discuss ██████████████████████████████████; review and analyze 28 U.S.C. Section 1746; review and analyze documents related to prior Grupo Tradeco searches; conduct search of Department of State of the State of Florida's Divison of Corporations' Subiz database for Grupo Tradeco and variations of corporate name to determine whether entity can be found in district; conduct search of Grupo Tradeco website to determine whether entity can be found in district; communications with two divisions of AT&T Corp. to determine whether entity can be found in district; conduct searches on Internet of | 1,005.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | directories of various other telephone companies, as well as free text searches, to find contact information to determine whether entity can be found in district; prepare email summary of searches conducted to determine whether entity can be found in district and printed hardcopies of evidence and present same to C. Paul; edit and revise Attorney Declaration that Defendant Cannot be Found Within District | |
| 03/10/15 | G. K. Kontakis | 6.70 | Various teleconferences with B. Gilman regarding ██████████████████████ various subsequent teleconferences with C. Wolf regarding Rule B applicaiton in SDFl; subsequent teleconferences with B. Gilman regarding ████████ ████, as well as finalization of Southern District of New York documents; continue drafting Rule B applicaiton docs, including Civil Cover Sheet, Summons to Tradeco and Grupo Tradeco, Application for an Order Appointing Special Process Server; engage research regarding garnishee banks; several exchanges with B. Gilman regarding ████; receipt and review research re: ████, as well as research teleconference with B. Paul regarding Florida filing; finalize documents for filing in Southern District of New York; various discussions with L. Steinberger regarding ██████████ | 3,182.50 |
| 03/10/15 | C. M. Paul | 2.40 | Review and revise documents for filing; telephone conference with counsel in Texas | 1,080.00 |
| 03/10/15 | C. M. Paul | 0.30 | Reviewed and revised additional drafts | 135.00 |

**K&L GATES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/10/15 | L. E. Steinberger | 8.00 | Work with G. Kontakis to finalize the application of special process server, declaration that defendant is not found in the district; interrogatories, a proposed order for issuance of a Rule B attachment, and a proposed attachment; legal research to a) determine ▮▮▮▮▮; research to confirm ▮▮▮▮ | 3,480.00 |
| 03/10/15 | M. H. Troung | 4.20 | Assist counsel with revisions to numerous documents in preparation for filing of Plaintiff's Original Verified Complaint and supporting documents | 1,113.00 |
| 03/10/15 | C. F. Wolf | 8.80 | Initial revisions of documents to be filed (1.1); prepare for filings, including subsequent revisions, strategy sessions with team, and review of rules (6.8); calls with team (.4); research proper procedure (.5) | 3,212.00 |
| 03/10/15 | B. J. Young | 4.30 | Work on SD Tex filings and arbitration demand; conference calls with client regarding ▮▮▮▮; review case law on ▮▮▮ | 2,515.50 |
| 03/10/15 | R. R. Young | 4.10 | Review and revise complaints and service documents; review and comment on notice of arbitration and attachments; preparation for filing | 3,136.50 |
| 03/11/15 | E. A. Gilman | 5.30 | Revise Notice of Arbitration for service via Mexican Notary Public; correspondence related to same; continued work to coordinate Miami and NYC proceedings for attachment | 2,120.00 |
| 03/11/15 | J. H. Hines | 0.40 | Various email regarding status of attachments in New York and | 210.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/11/15 | G. K. Kontakis | 5.80 | Florida Assemble all documents for filing with Southern District of New York; draft summons for both defendants; receipt and review Verification from client and assemble same with Complaint; teleconference with Clerk of the Court regarding filing; teleconference with Orders and Judgments regarding filing; instructions to LS regarding filing with Court, attendance at Orders and Judgments, attendance at Chambers and eventual issuance of Order and PMAG; various discussions with LS at Courthouse; receipt and review all as filed documents; various exchanges with B. Gilman regarding ████, as well as ████████████; teleconference with Judge Nathan's Chambers regarding issued Order; instructions to LS regarding same; begin drafting letters to Garnishee Banks; receipt and review executed Orders and PMAG; further update to B. Gilman | 2,755.00 |
| 03/11/15 | C. A. McCullough | 1.40 | Review complaint and accompanying initial filings; correspond with team regarding communications with court | 497.00 |
| 03/11/15 | L. E. Steinberger | 6.50 | Organize documents for obtaining Rule B attachment; work with Clerk of Court to file the documents and stamp all necessary paperwork; take orders to judgment office to conference with clerk for Judge Nathan; meet with Judge Nathan's clerk to discuss the case and answer questions; obtain order; take order to clerk and obtain PMAG | 2,827.50 |
| 03/11/15 | M. H. Troung | 1.30 | Compile Order for Conference; review numerous correspondence regarding filing | 344.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | of lawsuit in New York; numerous conferences with court's deputy regarding assigned judge and Court's review of documents | |
| 03/11/15 | C. F. Wolf | 0.60 | Filing and updates on progress of Rule B proceeding | 219.00 |
| 03/11/15 | R. R. Young | 3.10 | Advise and follow-up regarding service of complaints and delivery of notice of arbitration | 2,371.50 |
| 03/12/15 | E. A. Gilman | 3.20 | Analysis of Judge's local rules to determine potential for expediting hearing; correspondence with client regarding ███; correspondence regarding and assist with finalizing Notice of Arbitration for personal service; tender same to Arbitrator; assist in NY and FL proceedings; correspondence regarding same; analysis regarding entities for service | 1,280.00 |
| 03/12/15 | J. H. Hines | 0.10 | Various emails regarding attachment status | 52.50 |
| 03/12/15 | G. K. Kontakis | 4.80 | Finalize draft cover letters to garnishee banks to be served with PMAG; assemble service packets for garnishee banks; instructions to LS regarding same; various teleconferences and exchanges with LS during service upon garnishee banks; engage teleconference with L. Stark of Novo Banco regarding service; engage research regarding ██████ ███████; debrief with LS following service, including ████████; draft detailed updated status report; several teleconferences and exchanges with B. Gilman regarding same; teleconference with C. Wolf in Miami regarding Order, PMAG, Clerk and eventual service on garnishees; instructions to C. Wolf regarding cover letters; receipt and review | 2,280.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | additional garnishee info from B. Gilman; discussions with B. Gilman regarding daily electronic service on banks | |
| 03/12/15 | G. K. Kontakis | 0.30 | Draft correspondence to SDNY file openings clerk regarding initiating documents in accordance with local rules | 142.50 |
| 03/12/15 | C. M. Paul | 1.10 | Review of documentation and materials in case; review of New York status and update on process in Miami | 495.00 |
| 03/12/15 | C. M. Paul | 0.20 | Reviewed Judge Ungaro's Order regarding process of attachment | 90.00 |
| 03/12/15 | C. M. Paul | 1.10 | Reviewed draft interrogatoreis to Garnishees and draft letter | 495.00 |
| 03/12/15 | J. J. Ramos | 1.40 | Court Run: File Process of Attachment and Garnishment with Clerk of Court for the Sourtern District of Florida; Review e-mails regarding same; Conference with C. Wolf regarding same | 399.00 |
| 03/12/15 | L. E. Steinberger | 5.20 | Organize service papers; serve PMAG on Novo Banco and Banco Espiritu, over L. Stark's attempts to refuse service; telecon with G. Kontakis discussing situation; serve PMAG on BESI and Novo Banco on Madison Avenue location; conference with G. Kontakis; draft email summarizing events and send to G. Kontakis for review | 2,262.00 |
| 03/12/15 | M. H. Troung | 0.30 | Review numerous correspondence regarding status of lawsuits in Florida and New York; conference with counsel regarding ▮▮▮▮▮ | 79.50 |
| 03/12/15 | C. F. Wolf | 3.40 | Review latest court orders; calls with team regarding status and next steps in garnishment; draft summons; call with clerk of court; strategize issuance of summons and process; revise process to comply with local forms; draft letter to garnishee; | 1,241.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | draft interrogatories; prepare for service | |
| 03/12/15 | R. R. Young | 3.20 | Coordinate post-service response; teleconferences regarding filing of arbitration, translation of notice of arbitration; other follow-up items leading to service on defendants and the banks | 2,448.00 |
| 03/13/15 | E. A. Gilman | 1.30 | Prepare letter to judge requesting expedited consideration; analysis and correspondence related to same | 520.00 |
| 03/13/15 | J. H. Hines | 0.20 | Review various emails regarding status of attachments | 105.00 |
| 03/13/15 | G. K. Kontakis | 2.30 | Engage drafting of electronic service correspondence to BESI and Novo Banco; receipt and review correspondence with both banks regarding bank served; draft updated status reports to Beth Gilman regarding same; receipt and review draft cover letters to Miami garnishees, as well as Order and PMAG; teleconference with C. Wolf regarding service on banks; engage research re: ███████ ███████████; confer with LS regarding same | 1,092.50 |
| 03/13/15 | L. E. Steinberger | 0.40 | Legal research regarding ███ ████████████ | 174.00 |
| 03/13/15 | M. H. Troung | 0.20 | Review numerous correspondence regarding status of service of Florida and New York lawsuits against the defendants | 53.00 |
| 03/13/15 | C. F. Wolf | 1.10 | Prepare packets for service (.2); prepare for next steps of garnishment process (.4); call with process server (.1); strategize regarding call from Chambers and appropriate response (.4) | 401.50 |
| 03/13/15 | R. R. Young | 2.30 | Discuss letter to judge requesting expedited consideration; analysis and correspondence related to | 1,759.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | same; review process and summons returns; follow-up regarding New York and Florida garnishment/attachment actions; numerous exchanges with J. Lam regarding ▮ | |
| 03/16/15 | E. A. Gilman | 2.00 | Review of information related to status of NY and FL proceedings; correspondence with client related to ▮; analysis of upcoming deadlines related to all proceedings; correspondence with client regarding ▮ | 800.00 |
| 03/16/15 | G. K. Kontakis | 2.80 | Service of PMAG upon garnishee banks; several exchanges with G. Isacsson of BESI and L. Stark of NB regarding same; confer with B. Gilman and provide updated status report; confer with LS regarding research regarding ▮ | 1,330.00 |
| 03/16/15 | M. H. Troung | 2.90 | Update data and pleadings file with complaint and numerous exhibits filed in the Texas U.S. District Court; review summons issued by the Texas U.S. District Court; review the Hague Service Convention and numerous conferences with international process servers regarding service of lawsuit in Mexico | 768.50 |
| 03/16/15 | C. F. Wolf | 2.90 | Prepare for next steps in garnishment (.1); go to court to obtain order (1.2); research longevity of garnishment (1.3); draft notice (.2); call with George K. to discuss ▮ (.1) | 1,058.50 |
| 03/16/15 | R. R. Young | 2.10 | Advise regarding ▮, teleconferences with J. Lam, B. Gilman and B. Young regarding the same; exchanges regarding ▮ issues in the United States | 1,606.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/17/15 | E. A. Gilman | 5.40 | Research and analysis of ██████████ analysis of ██████████ draft correspondence to client regarding same and other outstanding issues related to other proceedings; correspondence with Mexican counsel regarding service of demand for arbitration | 2,160.00 |
| 03/17/15 | G. K. Kontakis | 0.10 | Daily electronic service of PMAG upon garnishee banks | 47.50 |
| 03/17/15 | W.J. Miller | 0.30 | Identify commentary addressing ██████████ (.2); Prepare memorandum to B. Gilman, summarizing results of research and attaching pertinent article (.1) | 79.50 |
| 03/17/15 | M. H. Troung | 3.60 | Compile complaints, numerous exhibits, and applications filed in New York and Florida; update file with same; prepare case information sheets for New York and Florida complaints; conferences regarding upcoming deadlines; conferences with process server regarding service of citation on defendant Tradeco Infraestructura, S.A. De C.V. | 954.00 |
| 03/17/15 | C. F. Wolf | 0.40 | Prepare for and call garnishee | 146.00 |
| 03/17/15 | R. R. Young | 3.10 | Work on post-filing execution issues, advise regarding ██████████, teleconferences with J. Lam and B. Young regarding the same; teleconference with M. Rick, KLG PR Department, to discuss ██████████; exchanges regarding service issues in the United States | 2,371.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 03/18/15 | E. A. Gilman | 3.90 | Correspondence with Control Risks regarding invoice; draft and finalize lengthy email to client discussing ███████; confirm timeline for various litigation proceedings; teleconference with client to discuss ███████; follow up regarding same; analysis of ███████; correspondence with client regarding same; correspondence with Mexican counsel regarding ███████ | 1,560.00 |
| 03/18/15 | J. H. Hines | 0.10 | Email regarding status of Miami attachment | 52.50 |
| 03/18/15 | G. K. Kontakis | 0.10 | Daily service of PMAG upon garnishees | 47.50 |
| 03/18/15 | M. H. Troung | 3.10 | Conferences with New York office regarding deadline for garnishees to respond to our interrogatories; numerous conferences with counsel and staff regarding upcoming deadlines; update Florida with additional documents regarding status of garnishees; conferences with process server regarding service of citation on defendant Tradeco's registered agent;; research translation services and conference with representative regarding need of interpreter for the upcoming deposition of X. Guanglin | 821.50 |
| 03/18/15 | C. F. Wolf | 1.80 | Research ███████ (.8); file return of service (.1); prepare for and call attorney from Shutts & Bowen regarding ███████ (.5); call with B. Gilman (.1); report to team on garnishment status (.3) | 657.00 |
| 03/18/15 | R. R. Young | 4.10 | Continue work on post-filing execution issues, advise regarding ███████, email disclosure to ███████ exchanges regarding ███████ | 3,136.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/19/15 | E. A. Gilman | 0.20 | Correspondence with Mexican counsel; additional work to secure service | 80.00 |
| 03/19/15 | G. K. Kontakis | 0.10 | Daily service of PMAG upon garnishee banks | 47.50 |
| 03/19/15 | R. R. Young | 0.80 | Meeting with B. Gilman regarding ███████████████ ███████████ | 612.00 |
| 03/20/15 | E. A. Gilman | 0.50 | Coordinate with Mexican counsel to discuss ████████████████; correspondence with client regarding ████ | 200.00 |
| 03/20/15 | G. K. Kontakis | 0.10 | Daily service of PMAG's upon garnishee banks | 47.50 |
| 03/20/15 | M. H. Troung | 0.50 | Conferences regarding service of citation on defendant Tradeco Infraestructura's registered agent and numerous deadlines for the Florida and New York lawsuits; conference with international process server regarding service of citation in Mexico | 132.50 |
| 03/20/15 | B. J. Young | 2.20 | Teleconferences with internal team re strategy and decision making; draft responses to client inquiries | 1,287.00 |
| 03/21/15 | J. J. Ramos | 4.30 | Review Ranger's Notice of Arbitration; Review Spanish Translation of Ranger's Notice of Arbitration for accuracy | 1,225.50 |
| 03/23/15 | E. A. Gilman | 1.40 | Analysis of results of translation analysis of Notice of Arbitration; correspondence with client regarding ██████████; coordinate and prepare for telephone call with with Mexican counsel to discuss ██████████ | 560.00 |
| 03/23/15 | G. K. Kontakis | 0.10 | Daily electronic service of PMGAG upon garnishee banks | 47.50 |
| 03/23/15 | G. K. Kontakis | 0.90 | Receipt and review letters from Novo Banco regarding PMAG and response to Interrogatories; draft updated status report and analysis of response from Novo Banco to B. Gilman regarding same | 427.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 03/23/15 | J. J. Ramos | 0.60 | Draft email to litigation team regarding Translation of Ranger's Notice of Arbitration | 171.00 |
| 03/24/15 | M. H. Troung | 0.40 | Prepare memorandum to counsel regarding ███████; update file with discovery responses in New York lawsuit | 106.00 |
| 03/25/15 | E. A. Gilman | 2.80 | Teleconference with Mexican counsel to discuss ██████████████; follow up with client regarding ████; analysis of information related to New York and Florida litigation; correspondence with client ███████ | 1,120.00 |
| 03/25/15 | G. K. Kontakis | 0.10 | Daily service of PMAG upon garnishee banks | 47.50 |
| 03/25/15 | G. K. Kontakis | 0.30 | Receipt and review Order in Miami action; telecon with C. Wolf regarding same, as well as ██████ | 142.50 |
| 03/25/15 | G. K. Kontakis | 0.30 | Confer with P. Seliger regarding electronic case filing filings with Southern District of New York | 142.50 |
| 03/25/15 | G. K. Kontakis | 0.20 | Receipt and review correspondence from B. Gilman regarding ██████████, client instructions and information regarding ██████ | 95.00 |
| 03/25/15 | M. H. Troung | 0.40 | Review correspondence regarding status of service to garnishees in New York; review Order Setting Initial Planning and Scheduling Conference in Florida; conferences regarding upcoming deadlines in Florida | 106.00 |
| 03/25/15 | C. F. Wolf | 1.60 | Review court order (.3); call attorney at Shutts (.1); review latest activity in the New York litigaiton (.1); research ████████ (.6); call with G. Kontakis (.1); determine relevant deadlines (.3); research ████████ (.1) | 584.00 |
| 03/25/15 | B. J. Young | 0.90 | Conference call with local | 526.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | counsel in Mexico regarding ██████████, and other strategic decisions | |
| 03/26/15 | E. A. Gilman | 0.60 | Correspondence with arbitrator regarding disclosure deadline; follow up regarding same | 240.00 |
| 03/26/15 | G. K. Kontakis | 0.10 | Daily electronic service of PMAG upon garnishee banks | 47.50 |
| 03/26/15 | G. K. Kontakis | 0.80 | Receipt, review and respond to inquiry from B. Gilman regarding continued strategy for ████████ ███████ | 380.00 |
| 03/26/15 | P. Seliger | 0.40 | Electronically file Change of Address form in Southern District of New York Court for G. Kontakis; emails to G. Kontakis regarding same | 130.00 |
| 03/26/15 | C. F. Wolf | 0.30 | Review latest deadlines (.1); review latest emails (.2) | 109.50 |
| 03/27/15 | E. A. Gilman | 1.00 | Teleconference to discuss status and action items for arbitration and Florida proceeding; follow up regarding same; correspondence with arbitrator to discuss service and disclosures; follow up regarding same; begin review of Mexican counsel memo | 400.00 |
| 03/27/15 | G. K. Kontakis | 0.10 | Daily service of PMAG upon garnishee | 47.50 |
| 03/27/15 | C. F. Wolf | 0.20 | Correspondence with Shutts Bowen attorney | 73.00 |
| 03/27/15 | B. J. Young | 0.10 | Discuss ██████████ with team | 58.50 |
| 03/27/15 | R. R. Young | 1.50 | Teleconference with B. Gilman regarding next steps in Miami suit, next steps in arbitrition; follow-up regarding the same | 1,147.50 |
| 03/30/15 | E. A. Gilman | 0.60 | Correspondence with client regarding ████████████; review docket report ████████████ ███████████ correspondence regarding arbitrator disclosures; continue review of memo from Mexican counsel | 240.00 |
| 03/30/15 | G. K. Kontakis | 0.10 | Daily service of PMAG's upon garnishee banks | 47.50 |
| 03/31/15 | E. A. Gilman | 5.60 | Correspondence with counsel for Tradeco regarding proposal for extension of time; draft letter | 2,240.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | regarding same; confer with client ████████; follow up teleconferences regarding same; analysis of additional filings by counsel for Group Tradeco | |
| 03/31/15 | J. H. Hines | 0.40 | Conference with B. Gilman regarding pro hac vice admission and follow up to same | 210.00 |
| 03/31/15 | G. K. Kontakis | 0.50 | Teleconference with counsel for garnishee BESI regarding return date for Interrogatories; confer with B. Gilman regarding same; exchanges with counsel for BESI regarding same | 237.50 |
| 03/31/15 | G. K. Kontakis | 0.10 | Daily electronic service of PMAG upon garnishee banks | 47.50 |
| 03/31/15 | M. H. Troung | 0.20 | Conferences with counsel regarding return of service on defendant Grupo Tradeco's registered agent | 53.00 |
| 03/31/15 | C. F. Wolf | 0.40 | Contact Shutts attorney (.1); correspondence with B. Gillman (.2); coordinate upcoming deadlines (.1) | 146.00 |
| 03/31/15 | B. J. Young | 1.70 | Teleconference with counsel for Tradeco and internal discussions regarding extracting value from Tradeco's request for more time; revise letter for same; discuss ████████ with R. Young and ████████ with client | 994.50 |
| 03/31/15 | R. R. Young | 3.10 | Advise regarding ████████████ ████████████ email exchanges with J. Lam regarding ████████; consider 11th Amendment arguments | 2,371.50 |
| | **TOTAL FEES** | 258.40  hrs | | $  119,574.00 |

# K&L GATES

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/01/15 | E. A. Gilman | 3.40 | Analysis of Tradeco filings, including immunity arguments; teleconference with client ▮▮▮▮▮▮▮ conduct research on 11th amendment immunity argument; begin work on draft of responsive pleading; correspondence with arbitrator transmitting opposing counsel information | 1,360.00 |
| 04/01/15 | J. H. Hines | 0.10 | Review filings by counsel for Grupo Tradeco; attention to pro hac vice motion | 52.50 |
| 04/01/15 | G. K. Kontakis | 0.10 | Daily electronic service of PMAG upon garnishee banks | 47.50 |
| 04/01/15 | M. H. Truong | 0.30 | Review pleadings filed by defendant Grupo Tradeco's counsel; update file data with same | 79.50 |
| 04/01/15 | B. J. Young | 1.50 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 877.50 |
| 04/01/15 | R. R. Young | 1.00 | Evaluate and discuss arguments made by Tradeco | 765.00 |
| 04/02/15 | E. A. Gilman | 0.40 | Correspondence with client regarding ▮▮▮▮▮▮▮ continue work on same | 160.00 |
| 04/02/15 | G. K. Kontakis | 0.10 | Daily electronic service of PMAG upon garnishee banks | 47.50 |
| 04/02/15 | B. J. Young | 1.50 | Team discussion on analyzing ▮▮▮▮▮▮▮; call with partner M. Ryan regarding same; discuss ordering of research priorities with B. Gillman and R. Young | 877.50 |
| 04/03/15 | E. A. Gilman | 6.20 | Conduct research related to ▮▮▮▮▮▮▮ argument; begin draft pleading regarding same; correspondence with counsel in other offices regarding related issues; review interrogatory responses from Miami bank; correspondence regarding same | 2,480.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/03/15 | G. K. Kontakis | 0.10 | Daily electronic service of PMAG upon garnishee banks | 47.50 |
| 04/03/15 | M.K. Ryan | 0.50 | Phone conference with B. Wilson and B. Young regarding ███████████████████ | 235.00 |
| 04/03/15 | C. F. Wolf | 0.30 | Review interrogatory responses; correspondence with Shutts attorney | 109.50 |
| 04/03/15 | R. R. Young | 0.60 | Review arguments relating to 11th Amendment sovereign immunity claim | 459.00 |
| 04/06/15 | G. K. Kontakis | 0.10 | Daily electronic service of PMAG upon garnishee banks | 47.50 |
| 04/06/15 | C. F. Wolf | 0.30 | Correspondence with ESB counsel regarding case status, scheduling order, and interrogatories | 109.50 |
| 04/06/15 | B. J. Young | 0.30 | Review Tradeco's response to Rule B filing and pull case for J. Lam regarding discovery of state entities; coordinate conf call for discussion ██████ | 175.50 |
| 04/06/15 | R. R. Young | 0.50 | Review materials on ██████████ argument; schedule meetings to discuss | 382.50 |
| 04/07/15 | E. A. Gilman | 0.80 | Analysis of pleadings and proposed order from Tradeco; conduct research and continue work on initial draft reply to same | 320.00 |
| 04/07/15 | G. K. Kontakis | 0.10 | Daily electronic service of PMAG upon garnishee banks | 47.50 |
| 04/07/15 | G. K. Kontakis | 0.50 | Receipt and review response to Interrogatories for BESI; draft update to B. Gilman regarding same | 237.50 |
| 04/08/15 | E. A. Gilman | 5.50 | Continue research into ██████ ████████ issues; lengthy conference Telephone call with with clients regarding same; continue work on drafting reply | 2,200.00 |
| 04/08/15 | J. H. Hines | 1.90 | Conference with Beth Gilman; research regarding ██████████████████ | 997.50 |
| 04/08/15 | M. H. Truong | 0.10 | Conference with counsel regarding deadline for defendant Tradeco | 26.50 |

**K&L GATES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | Infraestructura to file its answer to the complaint | |
| 04/08/15 | C. F. Wolf | 0.10 | Review interrogatories | 36.50 |
| 04/08/15 | B. J. Young | 2.40 | Discuss ███████████ with B. Gillman; conference call with client regarding same; call with opposing counsel re proposal to consolidate arbitration; review written proposal regarding same; discuss merits with R. Young; follow-up call with J. Lam regarding same; read ████████████████ | 1,404.00 |
| 04/08/15 | R. R. Young | 1.10 | Advise regarding strategy of ████████████████████ ████████; advise regarding ████████████████████ | 841.50 |
| 04/09/15 | E. A. Gilman | 9.10 | Conduct research for and complete draft of reply to Defendant's opposition to Supplemental B; incorporate client and co-counsel revisions to same; analysis of Motion to Compel Arbitration and Answer filed by Tradeco | 3,640.00 |
| 04/09/15 | K. M. Kotila | 0.60 | News alert for B. Gilman | 210.00 |
| 04/09/15 | R. R. Young | 1.40 | Review draft reply in Federal Court; review motion to compel submitted by Tradeco on behalf of Grupo; prepare for and participate in telephone meeting with J. Lam ████████████ review and comment on reply and reply brief | 1,071.00 |
| 04/10/15 | E. A. Gilman | 5.80 | Incorporate B. Young revisions to reply to Objections to Supplemental B Application; finalize same for filing; draft and finalize numerous proposed orders to accompany reply; file same; teleconference with opposing counsel regarding agreement to arbitrate | 2,320.00 |
| 04/10/15 | B. J. Young | 0.20 | Review and revise final reply brief and orders | 117.00 |
| 04/10/15 | B. J. Young | 0.20 | Teleconference with counsel for Grupo Tradeco regarding joint- | 117.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | arbitration proposal | |
| 04/13/15 | E. A. Gilman | 1.00 | Correspondence with client ███████████ attention to interrogatory responses in New York and Miami; correspondence with local counsel regarding same | 400.00 |
| 04/13/15 | G. K. Kontakis | 0.50 | Receipt and review correspondence from counsel for BESI regarding daily service; teleconference with counsel for BESI regarding same; correspondence to Beth Gilman | 237.50 |
| 04/13/15 | L. E. Steinberger | 0.70 | Send email copy of attachment order to BESI; teleconference with G. Kontakis regarding ███████; legal research regarding ███████████████████████ | 304.50 |
| 04/13/15 | C. F. Wolf | 0.60 | Call to ESB attorneys; written correspondence to ESB attorneys; review and summarize deadlines | 219.00 |
| 04/14/15 | E. A. Gilman | 1.30 | Correspondence with co-counsel regarding status of New York and Miami proceedings; correspondence with client draft correspondence to opposing counsel regarding arbitration | 520.00 |
| 04/14/15 | G. K. Kontakis | 0.10 | Correspondence to counsel for BESI regarding daily service | 47.50 |
| 04/14/15 | C. F. Wolf | 0.70 | Call with D. Stabile; call with B. Gilman; draft email summarizing ESB's documents | 255.50 |
| 04/15/15 | E. A. Gilman | 0.60 | ███████████████████████ draft letter to opposing counsel regarding selection of arbitration; send email to opposing counsel regarding agreement to arbitrate | 240.00 |
| 04/15/15 | G. K. Kontakis | 0.30 | Exchanges with counsel for BESI regarding daily service and counsel's agreement to accept service | 142.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/15/15 | B. J. Young | 0.10 | Strategic discussion with defense team | 58.50 |
| 04/16/15 | E. A. Gilman | 0.80 | Draft letter to send to Court regarding consideration of Supplemental B; correspondence with co-counsel regarding same | 320.00 |
| 04/16/15 | G. K. Kontakis | 0.30 | Receipt and review voicemail from counsel for BESI; confer with L. Steinberger regarding appropriate response; review draft regarding same | 142.50 |
| 04/16/15 | L. E. Steinberger | 0.40 | Email BESI's counsel to confirm that the law firm accepted continuing service on BESI's behalf; teleconference with G. Kontakis to discuss current status | 174.00 |
| 04/17/15 | E. A. Gilman | 0.70 | Correspondence with client and opposing counsel regarding arbitration agreement; finalize and send letter to Court regarding Supplemental B relief | 280.00 |
| 04/17/15 | C. F. Wolf | 0.90 | Draft notice of voluntary dismissal; research rules for voluntary dismissal; correspondence with internal team ▮▮▮▮▮ | 328.50 |
| 04/17/15 | B. J. Young | 0.20 | Review correspondence and discuss updates with B. Gillman | 117.00 |
| 04/20/15 | E. A. Gilman | 0.50 | Conference Telephone call with with client to discuss ▮▮▮▮▮ | 200.00 |
| 04/20/15 | C. F. Wolf | 0.50 | Revisions to notice of dismissal; file notice of dismissal; correspondence with internal team regarding ▮▮▮▮▮; contact Shutts Bowen attorney regarding dismissal of garnishment | 182.50 |
| 04/20/15 | B. J. Young | 0.80 | Conference call with J. Lam regarding ▮▮▮▮▮ | 468.00 |
| 04/21/15 | E. A. Gilman | 0.60 | Correspondence with client regarding ▮▮▮▮▮ prepare for | 240.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | upcoming meeting with Tradeco's counsel | |
| 04/21/15 | G. K. Kontakis | 0.20 | Exchanges with counsel for BESI regarding daily service | 95.00 |
| 04/21/15 | A. N. Pennington | 1.10 | Draft motion to extend submission date on defendant's motion to compel arbitration and proposed order | 352.00 |
| 04/21/15 | R. R. Young | 0.40 | Review and discuss ███ ███████ | 306.00 |
| 04/22/15 | E. A. Gilman | 1.80 | Prepare for meeting with opposing counsel, including review pleadings and prepare agenda and calculate interest accrual; review affirmative defenses | 720.00 |
| 04/23/15 | E. A. Gilman | 3.20 | Correspondence with New York counsel to discuss next steps to secure additional disclosures from BESI; work on memo for client for ████████; meeting with counsel for Tradeco to generally discuss case status and participation in arbitration; correspondence with client ████████ | 1,280.00 |
| 04/23/15 | J. H. Hines | 0.30 | Review pro hac vice order and email regarding same | 157.50 |
| 04/23/15 | J. F. Sullivan | 1.50 | Prepare for initial meeting with opposing counsel; participate in initial meeting | 952.50 |
| 04/23/15 | B. J. Young | 1.30 | Attend meeting with Tradeco's counsel and discuss same with team | 760.50 |
| 04/24/15 | E. A. Gilman | 3.00 | Finish memo to client on ████████ | 1,200.00 |
| 04/24/15 | J. H. Hines | 0.10 | Review recent filings | 52.50 |
| 04/27/15 | E. A. Gilman | 0.80 | Correspondence with client regarding ████████; review notes from meeting with opposing counsel to determine action items | 320.00 |
| 04/27/15 | J. H. Hines | 0.10 | Order extending response time | 52.50 |
| 04/27/15 | L. E. Steinberger | 3.70 | Legal research regarding ████████ | 1,609.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | ██████████ draft letter to BESI's counsel regarding the trust BESI appears to have held for Tradeco; telecon with G. Kontakis to discuss ███ | |
| 04/27/15 | M. H. Truong | 0.10 | Update documents data with Toucan Demar Check List | 26.50 |
| 04/29/15 | E. A. Gilman | 3.20 | █████████████████ ███draft Motion for Expedited Consideration and Oral Hearing; begin work on draft waiver of service; revise and send letter to Judge Harmon | 1,280.00 |
| 04/29/15 | B. J. Young | 0.40 | Discussion about ██████ with J. Lam | 234.00 |
| 04/29/15 | R. R. Young | 0.60 | Teleconference with J. Lam regarding ████████ | 459.00 |
| 04/30/15 | E. A. Gilman | 4.90 | Finalize draft of Motion for Expedited Consideration / Oral Hearing on Supplemental B; correspondence with counsel in New York regarding BESI interrogatory responses; review draft letter to send to counsel for BESI; correspondence with client ████████; draft agreement to arbitrate; incorporate R. Young revisions to same | 1,960.00 |
| 04/30/15 | G. K. Kontakis | 1.50 | Engage review of draft letter from LS to BESI re: Tradeco Trust; revise same; draft correspondence to Beth Gilman re: same; several telecons with Beth re: ██████████ ██████; finalize letter and draft correspondence to counsel for BESI re: same; | 712.50 |
| 04/30/15 | K. M. Kotila | 0.40 | Set up a news alert for B. Gilman | 140.00 |
| 04/30/15 | J. F. Sullivan | 0.40 | Review status and hearing and pleadings regarding same; conference with litigation team ████████ | 254.00 |

**K&L GATES**

Invoice # 3099169
2700105.00008
Page 9 of 9

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 04/30/15 | M. H. Truong | 2.40 | Compile numerous pleadings; update file and data with same; update case information sheet and the pleadings file for the complaint filed in Florida | 636.00 |
| 04/30/15 | R. R. Young | 0.60 | Review and advise on first draft of Arbitration Agreement with Tradeco Global and Tradeco; discuss ██████ with B. Gilman | 459.00 |
| | | TOTAL FEES | 90.70  hrs | $   40,795.50 |

### TIMEKEEPER SUMMARY

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| E. A. Gilman | 53.60 | hrs at | $ | 400.00  / hr | 21,440.00 |
| J. H. Hines | 2.50 | hrs at | $ | 525.00  / hr | 1,312.50 |
| G. K. Kontakis | 3.90 | hrs at | $ | 475.00  / hr | 1,852.50 |
| K. M. Kotila | 1.00 | hrs at | $ | 350.00  / hr | 350.00 |
| A. N. Pennington | 1.10 | hrs at | $ | 320.00  / hr | 352.00 |
| M.K. Ryan | 0.50 | hrs at | $ | 470.00  / hr | 235.00 |
| L. E. Steinberger | 4.80 | hrs at | $ | 435.00  / hr | 2,088.00 |
| J. F. Sullivan | 1.90 | hrs at | $ | 635.00  / hr | 1,206.50 |
| M. H. Truong | 2.90 | hrs at | $ | 265.00  / hr | 768.50 |
| C. F. Wolf | 3.40 | hrs at | $ | 365.00  / hr | 1,241.00 |
| R. R. Young | 6.20 | hrs at | $ | 765.00  / hr | 4,743.00 |
| B. J. Young | 8.90 | hrs at | $ | 585.00  / hr | 5,206.50 |
| | | | | | |
| TOTAL FEES | 90.70 | hrs | $ | | 40,795.50 |

### DISBURSEMENTS & OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Copying Expense | 2.20 |
| Employee Overtime | 60.00 |
| Filing Fees | 576.00 |
| Lexis Research | 251.10 |
| Local Courier | 13.75 |
| Long Distance Courier | 10.57 |
| Service of Process | 515.00 |
| Westlaw Research | 1,249.00 |
| DISBURSEMENTS & OTHER CHARGES | $   2,677.62 |

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 05/01/15 | G. K. Kontakis | 0.30 | Draft correspondence to counsel for BESI regarding monthly service of Order and PMAG upon garnishee bank via counsel | 142.50 |
| 05/05/15 | E. A. Gilman | 0.50 | Review letter filed by Tradeco with the Court; incorporate R. Young revisions to agreement to arbitrate; correspondence with client █████████ | 200.00 |
| 05/05/15 | G. K. Kontakis | 0.50 | Teleconference with counsel for BESI regarding outstanding response regarding Trust letter; draft updated status report to Beth Gilman regarding same | 237.50 |
| 05/05/15 | B. J. Young | 0.20 | Review arbitration agreement proposal for Tradeco and Grupo to consider; review opposing counsel's letter to judge re Rule(b) order | 117.00 |
| 05/05/15 | R. R. Young | 0.80 | Review and comment on ████████; discuss with B. Gilman | 612.00 |
| 05/06/15 | E. A. Gilman | 1.00 | Correspondence with R. Morales office regarding ███████████████; call with J. Huffman regarding status of powers of attorney and general case status; follow up regarding same; correspondence with client ██████████; send draft arbitration agreement to counsel for Tradeco; correspondence regarding disclosures from BESI | 400.00 |
| 05/06/15 | G. K. Kontakis | 0.30 | Exchanges with B. Gilman regarding strategy for ██████████████████████ | 142.50 |
| 05/06/15 | M. H. Truong | 0.80 | Review case activity; update correspondence file with various emails from counsel; compile article regarding change in ownership at Espirito Santo Bank and forward same to counsel | 212.00 |
| 05/07/15 | E. A. Gilman | 0.30 | Correspondence with J. Huffman regarding POAs; | 120.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | correspondence with New York counsel regarding response from BESI and next steps | |
| 05/07/15 | G. K. Kontakis | 1.10 | Voicemail to counsel for BESI regarding outstanding response to letter regarding Trust; receipt and review correspondence from counsel for BESI regarding same; teleconference with B. Gilman ██████████; confer with L. Steinberger regarding ████████████████ | 522.50 |
| 05/07/15 | L. E. Steinberger | 1.10 | Review email from Jones Day regarding the trust letter; meet with G. Kontakis to discuss same; teleconference with B. Gilman ███████████ | 478.50 |
| 05/07/15 | M. H. Truong | 0.70 | Update arbitration file and prepare file index for same; update file with background reports on defendants | 185.50 |
| 05/07/15 | B. J. Young | 0.10 | Conference call with J. Lam ██████████████; review audit description | 58.50 |
| 05/08/15 | E. A. Gilman | 3.70 | Analysis of issues related to prospective trust maintained by BESI; multiple conferences with client ███████████; draft lengthy summaries of case for audit response; correspondence related to Rule B actions | 1,480.00 |
| 05/08/15 | J. H. Hines | 0.30 | Conference with B. Gilman regarding status | 157.50 |
| 05/08/15 | G. K. Kontakis | 1.80 | Exchanges with B. Gilman regarding ████████████████; meeting with L. Steinberger regarding research, supplemental discovery, including additional Interrogatories; prepare for teleconference with client and Houston office, including ████████ ████████████████████; teleconference with client | 855.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | regarding ███████████████ ██████████████████ | |
| 05/08/15 | L. E. Steinberger | 1.20 | Review letter from BESI's counsel in preparation for phone call with client; legal research on discovery options beyond intgerrogatories in Rule B attachments; legal research on ████████████████ ████████████ teleconference with client | 522.00 |
| 05/08/15 | M. H. Truong | 0.20 | Update file with defendants' background reports | 53.00 |
| 05/11/15 | E. A. Gilman | 3.10 | Correspondence with HMAA regarding appointment of arbitrator; draft and send letter to HMAA requesting assistance with appointment of arbitrator; correspondence regarding evidence supporting BESI trust; begin work on draft response to Motion to Compel | 1,240.00 |
| 05/11/15 | G. K. Kontakis | 0.80 | Receipt and review letter from counsel for BESI; draft detailed update to B. Gilman regarding same; several exchanges with B. Gilman regarding same | 380.00 |
| 05/11/15 | M. H. Truong | 0.10 | Review letter to Board of Directors regarding request for arbitration | 26.50 |
| 05/11/15 | B. J. Young | 0.20 | Calls to HMAA secretary regarding appointment of arbitrator; review letter to same | 117.00 |
| 05/11/15 | R. R. Young | 2.10 | Review and advise on ██████; follow-up with B. Wiggs and B. Gilman on ████████████████ | 1,606.50 |
| 05/12/15 | E. A. Gilman | 7.30 | Review correspondence from HMAA regarding appointment of arbitrator; analysis of Motion to Compel Arbitration; conduct research on grounds for non-signatory to intervene in arbitration; draft response to same | 2,920.00 |
| 05/12/15 | M. H. Truong | 1.40 | Update file data with current pleadings; update case information sheet with | 371.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | defendants' counsel's contact information and arbitrators' information; update arbitration file with correspondence to and from arbitrators | |
| 05/13/15 | E. A. Gilman | 3.50 | Incorporate B. Young revisions into Opposition; correspondence with client ███████████; prepare draft order; finalize and file Opposition to Motion to Compel | 1,400.00 |
| 05/13/15 | J. H. Hines | 0.20 | Review recent filings in Southern District of Texas | 105.00 |
| 05/13/15 | M. H. Truong | 0.60 | Review docket confirmation report in connection with HMAA meeting; compile and update file data and pleadings file with Plaintiff's Opposition to Defendant's Motion to Compel Arbitration | 159.00 |
| 05/13/15 | B. J. Young | 0.30 | Review and revise opposition to motion to compel arbitration | 175.50 |
| 05/14/15 | E. A. Gilman | 0.30 | Assist in finalizing audit response | 120.00 |
| 05/14/15 | M. H. Truong | 0.10 | Update correspondence file with various correspondence from counsel | 26.50 |
| 05/15/15 | E. A. Gilman | 0.10 | Review and forward email from client regarding ███ | 40.00 |
| 05/15/15 | G. K. Kontakis | 0.20 | Receipt and review correspondence from B. Gilman regarding original transmittal email regarding trust letter; confer with L. Steinberger regarding same | 95.00 |
| 05/18/15 | E. A. Gilman | 0.30 | Attention to client emails; continued review of memo from Mexican counsel | 120.00 |
| 05/19/15 | E. A. Gilman | 2.20 | Correspondence with client regarding ████████████ teleconference with opposing counsel regarding same; analysis of revisions to arbitration agreement sent by opposing counsel; correspondence with co-counsel regarding same; incorporate comments and send to client for review; draft letter to HMAA | 880.00 |

## K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | requesting it shorten timeframe for appointment of arbitrator | |
| 05/19/15 | B. J. Young | 0.10 | Discuss update from opposing counsel with B. Gillman and review letter to HMAA on appointment of arbitrator | 58.50 |
| 05/20/15 | E. A. Gilman | 0.50 | Finalize and send letter to HMAA requesting expedited arbitrator selection; correspondence with opposing counsel | 200.00 |
| 05/20/15 | M. H. Truong | 0.30 | Compile follow up letter to the Board of Directors and prepare email correspondence transmitting same; update file with same | 79.50 |
| 05/20/15 | R. R. Young | 1.80 | Advise regarding ██████ ██████████████████ | 1,377.00 |
| 05/21/15 | E. A. Gilman | 0.90 | Analyze arbitrator appointment, including bio and articles authored by same; correspondence with client regarding ████████████; correspondence with HMAA regarding same | 360.00 |
| 05/21/15 | J. H. Hines | 0.10 | Emails regarding Tradeco choice of arbitrator | 52.50 |
| 05/21/15 | K. M. Kotila | 0.80 | ██████████ article search for M. Truong | 280.00 |
| 05/21/15 | M. H. Truong | 0.50 | Review numerous correspondence regarding arbitration and appointed arbitrator; update file and case information with arbitrators' information; conference regarding ████████████ | 132.50 |
| 05/21/15 | B. J. Young | 0.10 | Review arbitrator selection and packet to same | 58.50 |
| 05/22/15 | E. A. Gilman | 0.20 | Correspondence regarding selection of new arbitrator, including transmittal of documents to same | 80.00 |
| 05/27/15 | E. A. Gilman | 2.80 | Prepare for upcoming teleconference with arbitrator to discuss chair selection; work on audit response for Hein including, correspondence with Hein, internal correspondence | 1,120.00 |

# K&L GATES

Invoice # 3113434
2700105.00008
Page 7 of 8

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ███████████ | |
| 05/27/15 | G. K. Kontakis | 0.30 | Exchanges regarding: updated audit request and response; exchanges with B. Gilman regarding ███████ | 142.50 |
| 05/27/15 | J. F. Sullivan | 0.80 | Review materials for call with party appointed arbitrator; conference regarding same; telephone conference with A. Sabater | 508.00 |
| 05/29/15 | E. A. Gilman | 2.20 | Teleconference with Arbitrator regarding selection of chair; conduct research regarding same; email client ███████ ████; review notice of hearing and correspondence with client ███████ | 880.00 |
| 05/29/15 | J. H. Hines | 0.20 | Emails regarding upcoming hearing | 105.00 |
| 05/29/15 | M. H. Truong | 0.30 | Compile numerous correspondence and case pleadings; update file with same | 79.50 |
| | TOTAL FEES | 49.60 hrs | | $  21,791.50 |

## TIMEKEEPER SUMMARY

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| E. A. Gilman | 28.90 | hrs at | $ 400.00 | / hr | 11,560.00 |
| J. H. Hines | 0.80 | hrs at | $ 525.00 | / hr | 420.00 |
| G. K. Kontakis | 5.30 | hrs at | $ 475.00 | / hr | 2,517.50 |
| K. M. Kotila | 0.80 | hrs at | $ 350.00 | / hr | 280.00 |
| L. E. Steinberger | 2.30 | hrs at | $ 435.00 | / hr | 1,000.50 |
| J. F. Sullivan | 0.80 | hrs at | $ 635.00 | / hr | 508.00 |
| M. H. Truong | 5.00 | hrs at | $ 265.00 | / hr | 1,325.00 |
| R. R. Young | 4.70 | hrs at | $ 765.00 | / hr | 3,595.50 |
| B. J. Young | 1.00 | hrs at | $ 585.00 | / hr | 585.00 |
| TOTAL FEES | 49.60 | hrs | | $ | 21,791.50 |

# K&L GATES

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/01/15 | E. A. Gilman | 0.80 | Review correspondence from arbitrator regarding chair selection; follow-up regarding same; confer with B. Young regarding ▮ | 320.00 |
| 06/01/15 | J. H. Hines | 0.40 | Conference regarding upcoming hearing and arrangements for same | 210.00 |
| 06/01/15 | G. K. Kontakis | 0.30 | Draft correspondence to counsel for BESI regarding agreed monthly service of PMAG and Order | 142.50 |
| 06/01/15 | J. F. Sullivan | 0.30 | Review notice of hearing, related emails and status and strategy | 190.50 |
| 06/02/15 | E. A. Gilman | 1.70 | Correspondence regarding selection of chair for tribunal; continue work preparing for upcoming hearing | 680.00 |
| 06/02/15 | J. F. Sullivan | 0.40 | Review correspondence from A. Sabater regarding panel chair for arbitration; review HMAA list of arbitrators; correspondence to E. Patterson regarding arbitrators; ▮ | 254.00 |
| 06/03/15 | E. A. Gilman | 3.30 | Teleconference with S. Hines regarding ▮ lengthy teleconference with arbitrator regarding chair selection; correspondence with client ▮ conduct research regarding same; continue work to prepare for upcoming hearing | 1,320.00 |
| 06/03/15 | J. H. Hines | 0.60 | Conference with Beth Gilman regarding ▮; begin preparations | 315.00 |
| 06/03/15 | M. H. Truong | 1.40 | Compile key pleadings and prepare binders for upcoming hearing on June 9, 2015; forward same to counsel | 371.00 |
| 06/03/15 | S. M. Wright | 0.00 | Researched recent cases, worked within issues to determine accuracy and | 0.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| | | | completeness | |
| 06/04/15 | E. A. Gilman | 2.70 | Teleconference with client to discuss ███████████████; continue work to prepare for same; correspondence with arbitrator regarding selection of chair | 1,080.00 |
| 06/04/15 | J. H. Hines | 1.50 | Further preparations for Rule B Motion Hearing | 787.50 |
| 06/04/15 | M. H. Truong | 0.40 | Compile Plaintiff's Original Complaint along with its exhibits and forward same to co-counsel in preparation for the upcoming Motion Hearing on June 9, 2015; compile Notice of Change of Address of Defendant Tradeco Infraestructura's counsel; update file data and cover sheet with same | 106.00 |
| 06/04/15 | S. M. Wright | 0.00 | Research ████████████; research ███████████; prepare case summaries | 0.00 |
| 06/04/15 | B. J. Young | 1.30 | Call with client regarding ███████████; discussion of ██████████ ith clients; strategy discussion regarding ██████ with B. Gilman | 760.50 |
| 06/05/15 | E. A. Gilman | 2.90 | Continue work on preparations for upcoming hearing; teleconference with co-counsel regarding same; work on finalizing arbitration agreement with opposing counsel; confer with client regarding ██████ | 1,160.00 |
| 06/05/15 | J. H. Hines | 1.40 | Conference call to prepare for hearing; research on ██████ | 735.00 |
| 06/05/15 | S. M. Wright | 0.00 | Researched and prepared case summaries regarding ██████ | 0.00 |
| 06/05/15 | R. R. Young | 1.50 | Prepare and advise on hearing in federal court; advise regarding arbitrator selection | 1,147.50 |
| 06/06/15 | J. H. Hines | 1.10 | Further preparation for hearing | 577.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | on attachment and arbitration | |
| 06/07/15 | J. H. Hines | 3.10 | Further preparations for Motion Hearing | 1,627.50 |
| 06/08/15 | E. A. Gilman | 7.20 | Extensive preparations for upcoming hearing, including meeting with co-counsel to discuss ██████████; receipt and analysis of agreement to arbitrate from Defendants and review powers of attorney accompanying same; correspondence with counsel for Tradeco regarding agreement to arbitrate; correspondence with Mexican counsel regarding ███████ ██████; receipt and review correspondence from arbitrator; correspondence with client ███████████ | 2,880.00 |
| 06/08/15 | J. H. Hines | 9.30 | Travel to Houston; meetings and other preparation for motion hearing | 4,882.50 |
| 06/08/15 | R. R. Young | 3.60 | Prepare for hearing on multiple pre-arbitration and Rule B matters in Judge Harmon's court | 2,754.00 |
| 06/09/15 | E. A. Gilman | 6.20 | Prepare for and attend hearing Supplemental Rule B application; teleconference with client ██████████; review and analyze orders; correspondence with client ███████████ correspondence related to prospective arbitrators | 2,480.00 |
| 06/09/15 | J. H. Hines | 8.50 | Further preparations for hearing; attend hearing and argue motions before Judge Melinda Harmon; various debriefings; return travel; emails regarding ██████ | 4,462.50 |
| 06/09/15 | S. S. Raymond | 0.00 | Attend hearing with E. Gillman and S. Hines | 0.00 |
| 06/09/15 | M. H. Truong | 0.30 | Review Minute Entry regarding the outcome of the Motion Hearing on June 9, 2015; compile and review orders from the court in connection with the Motion Hearing; update | 79.50 |

# K&L GATES

Invoice # 3125144
2700105.00008
Page 5 of 15

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | pleadings file with same | |
| 06/09/15 | S. M. Wright | 0.00 | Attend hearing regarding motion for attachment with Supplemental Rule B | 0.00 |
| 06/09/15 | R. R. Young | 2.50 | Prepare for hearing in Judge Harmon's court; meetings with B. Gilman, S. Hines regarding the same | 1,912.50 |
| 06/10/15 | E. A. Gilman | 3.90 | Teleconference with client ████████ correspondence regarding prospective arbitration chair candidates; conduct research into ████████ | 1,560.00 |
| 06/10/15 | M. H. Truong | 1.60 | Conference with court's clerk regarding status of clerk's issuance of Process of Maritime Attachment and Garnishment; research and prepare list of Tradeco entities for service; forward same to counsel | 424.00 |
| 06/10/15 | B. J. Young | 0.20 | Strategic discussion with B. Gilman | 117.00 |
| 06/10/15 | R. R. Young | 1.50 | Prepare for and participate in briefing call with Jim Lam; follow-up regarding same; email with J. Erskine regarding TXDOT contacts | 1,147.50 |
| 06/11/15 | E. A. Gilman | 0.60 | Analysis of orders from Court on Rule B application; conduct research to determine ████ ; correspondence with Mexican counsel regarding | 240.00 |
| 06/11/15 | R. R. Young | 1.40 | Work on Government Relations issue ████████ | 1,071.00 |
| 06/12/15 | E. A. Gilman | 1.50 | Analysis of memo from Mexican counsel regarding ████ ; follow up correspondence regarding same; continued analysis of ████ ; draft correspondence to client regarding ████ | 600.00 |
| 06/13/15 | J. Erskine | 0.50 | Call with R. Young and general | 320.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | counsel regarding TXDOT and garnishment | |
| 06/13/15 | J. Erskine | 0.10 | Call to V. Vandergriff regarding El Paso Tradeco default | 64.00 |
| 06/13/15 | R. R. Young | 3.60 | Emails and teleconferences with J Erskine (Tx Govt'l Relations) to discuss ███████████████████████████████████ prepare for, participate in and followup to teleconference with J. Erskine and J. Lam | 2,754.00 |
| 06/14/15 | J. Erskine | 0.10 | Call with R. Young regarding ███████████████████████ | 64.00 |
| 06/14/15 | J. Erskine | 0.40 | Call with R. Young, Ranger Offshore CFO and general counsel regarding ████████ | 256.00 |
| 06/14/15 | R. R. Young | 2.10 | Prepare for and participate in teleconference with J. Lam, C. Guinta and J. Erskine regarding ███████████████████████████████████████████; follow-up regarding the same | 1,606.50 |
| 06/15/15 | E. A. Gilman | 2.70 | Analysis of relevant law related to ████████████ correspondence with client related to same; review correspondence from arbitrators regarding selection of chair of tribunal; follow up with client regarding ████ work on preparations for service of Supplemental Rule B on garnishees | 1,080.00 |
| 06/15/15 | G. K. Kontakis | 0.10 | Exchanges with B. Gilman regarding Rule B appeals | 47.50 |
| 06/15/15 | M. H. Truong | 1.30 | Review correspondence to the court regarding revisions to the interrogatories removing reference to the Texas Department of Transportation; conferences with court's clerk and counsel regarding status of | 344.50 |

# K&L GATES

Invoice # 3125144
2700105.00008
Page 7 of 15

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | the securing process; prepare draft of open records to Texas Department of Transportation | |
| 06/15/15 | B. J. Young | 0.30 | Teleconference with J. Lam and defense team | 175.50 |
| 06/15/15 | R. R. Young | 1.50 | Advise ██████████████████ ; advise regarding █████████; discussions regarding ████████ | 1,147.50 |
| 06/16/15 | E. A. Gilman | 3.20 | Analysis of issues related to ████████████████; teleconference with client regarding same and ████████████████████ correspondence with arbitrator regarding selection of chair candidates; review revised process for maritime attachment and garnishment for filing and execution by clerk; correspondence related to same | 1,280.00 |
| 06/16/15 | J. H. Hines | 0.20 | Review attachment process and email commenting on same | 105.00 |
| 06/16/15 | M. H. Truong | 4.10 | Numerous conferences with court's clerk regarding court's issuance of Process of Maritime Attachment and Garnishment; prepare same; prepare letter to garnishee transmitting interrogatories; finalize Process of Maritime Attachment and Garnishment for four garnishees for filing; update file data and pleadings file with same | 1,086.50 |
| 06/16/15 | R. R. Young | 1.50 | Analyze and advise on ████████████████; prepare for and participate in call with J. Lam regarding the same and ████████████████ | 1,147.50 |
| 06/17/15 | E. A. Gilman | 2.80 | Review recent articles related to ████████████████; analysis of issues related to █████; conference regarding ████████████; analysis of | 1,120.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | information related to ███████ begin work on ██████████; correspondence with co-counsel regarding same; work on ██████ | |
| 06/17/15 | T. Monsour | 0.60 | Meet with B. Gilman and J. Sullivan to address ████████ | 414.00 |
| 06/17/15 | K. I. Stockert | 0.10 | Pulled law journal article off Hein Online for B. Gilman | 26.50 |
| 06/17/15 | J. F. Sullivan | 1.80 | Review correspondence regarding ████████ ████████ review information on ████ ████████; review and analyze various strategies regarding ████████ ████████; conference regarding same; review email summary of strategy | 1,143.00 |
| 06/17/15 | M. H. Truong | 3.80 | Continue to update pleadings files and correspondence file with numerous documents; follow-up conferences with court's clerk regarding status of the issuance of Process of Martime Attachment and Garnishment for the four garnishees; review newspaper article regarding ████████ ████████ perform research on ██████████; conference with Texas Department of Transportation regarding project information; conference with counsel regarding ████████; prepare open records request to Texas Department of Transportation in El Paso, Texas | 1,007.00 |
| 06/17/15 | B. J. Young | 0.50 | Strategy meeting with defense team; teleconference with J. Lam regarding same | 292.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/18/15 | E. A. Gilman | 2.20 | Review correspondence related to ▉▉▉▉; follow-up regarding same; analysis of issues related to ▉▉▉▉ ▉▉▉▉▉▉▉ correspondence related to same; work on ▉▉▉▉ ▉▉▉▉ | 880.00 |
| 06/18/15 | J. F. Sullivan | 0.80 | Prepre for conference call on ▉▉▉▉▉▉; several strategy calls regarding same | 508.00 |
| 06/18/15 | M. H. Truong | 4.20 | Trip to federal courthouse to pick up the Process of Maritime Attachment and Garnishment for service; finalize letters to the registered agents for the garnishees transmitting the Process of Maritime Attachment and Garnishment along with other relevant documents; finalize documents for service on garnishees and conferences with process server regarding service of same; conferences with counsel regarding third party subpoenas process to bonding companies | 1,113.00 |
| 06/18/15 | R. R. Young | 2.60 | Advising regarding subpoenas to bonding companies; arrange meeting with TxDOT; discuss ▉▉▉▉▉▉▉ | 1,989.00 |
| 06/19/15 | J. Erskine | 0.30 | Call with V. Vandergriff regarding TXDOT | 192.00 |
| 06/19/15 | E. A. Gilman | 1.20 | Prepare drafts of subpoenas to bond companies; correspondence with client regarding same | 480.00 |
| 06/19/15 | M. H. Truong | 4.10 | Compile service results regarding service on three garnishees with the Process of Maritime Attachment and Garnishment; conference with counsel regarding same; compile service packages to all four garnishees and attempted to transmit same to counsel via | 1,086.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | facsimile without success; prepare letters to defendant's counsel transmitting same via electronic mail and certified mail; forward information regarding service on three garnishees to client; review ██████ prepare request to records company requesting third party subpoenas; follow up on status of service on garnishee TCO Concrete, Inc.; conference with process server and compile service result; forward same to client and counsel | |
| 06/22/15 | E. A. Gilman | 2.80 | Correspondence with client regarding ████████; teleconference with party-appointed arbitrator; teleconference regarding ████████; work on ████████ | 1,120.00 |
| 06/22/15 | J. F. Sullivan | 2.60 | Review correspondence regarding status of arbitration panel appointments; conferences regarding status and strategy; review article on ████████; prepare for call with client; call with client on status and strategy; review correspondence with Mexican counsel; analysis of issues including ████████ | 1,651.00 |
| 06/22/15 | M. H. Truong | 1.10 | Review process server's returns of service regarding service on three garnishees' registered agent in Austin, Texas; compile relevant newspaper articles regarding ████████ review records company's drafts of third party subpoenas | 291.50 |
| 06/22/15 | R. R. Young | 1.10 | Advise on ████████ | 841.50 |

# K&L GATES

Invoice # 3125144
2700105.00008
Page 11 of 15

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 06/23/15 | J. Erskine | 0.70 | Conference call | 448.00 |
| 06/23/15 | J. Erskine | 0.10 | Email with V. Vandergriff | 64.00 |
| 06/23/15 | E. A. Gilman | 3.10 | Correspondence and analysis of issues related to arbitrator selection ███████████ continue work ████████ teleconference with arbitrator; schedule teleconference with other parties; analysis of issues related to ██████████ ████ | 1,240.00 |
| 06/23/15 | J. F. Sullivan | 2.30 | Review current status of ██████████████; conference regarding same; prepare for conference call regarding ████████████; telephone conference with the client; review arbitration rules regarding selection, objections and disqualification of arbitrators; analyze ██████ ████████████; review and prepare numerous communications with party appointed arbitrators; prepare for conference with opposing counsel | 1,460.50 |
| 06/24/15 | E. A. Gilman | 2.70 | Teleconference with arbitrators and parties to discuss appointment of chair; prepare disclosures for chair candidates; correspondence regarding same; prepare and finalize subpoenas to bond companies | 1,080.00 |
| 06/24/15 | J. F. Sullivan | 1.40 | Prepare for call with arbitrators and opposing counsel; participate in call; conference regarding disclosure issues; review and edit correspondence regarding informationm for disclosures; review numerous correspondence regarding arbitrators' disclsosures and selection of panel chair; analyze | 889.00 |
| 06/24/15 | M. H. Truong | 0.60 | Review and update arbitration | 159.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | file with correspondence to arbitrators regarding disclosure information; follow up on status of process server's affidavit in connection with service to garnishee TCO Concrete, Inc.; review drafts of third-party subpoenas to various bonding companies | |
| 06/24/15 | B. J. Young | 1.00 | Calls regarding ███████; strategy call regarding arbitrator selection; hand-off to J. Sullivan | 585.00 |
| 06/25/15 | E. A. Gilman | 0.90 | Multiple rounds of correspondence with arbitrators and parties regarding selection of chair arbitrator; correspondence regarding arbitration agreement to schedule call | 360.00 |
| 06/25/15 | J. F. Sullivan | 0.50 | Review correspondence with opposing counsel; review correspondence with arbitrators; review correspondence with client; prepare for conference call with client and Mexican counsel | 317.50 |
| 06/25/15 | M. H. Truong | 1.10 | Compile process servers' returns of service and court's issuance of process of maritime attachment and garnishment; conferences regarding filing of same; update pleadings file with same | 291.50 |
| 06/26/15 | E. A. Gilman | 3.70 | Analysis of several rounds of disclosures from arbitrators and prospective chair candidates; correspondence with client regarding same; teleconference with Mexican counsel regarding ████████████ finalize arbitration agreement; correspondence with opposing counsel regarding same; draft and circulate affidavits for legal representatives to confirm enforceability of powers of attorney | 1,480.00 |
| 06/26/15 | J. F. Sullivan | 2.10 | Review multiple correspondence and disclosures | 1,333.50 |

# K&L GATES

Invoice # 3125144
2700105.00008
Page 13 of 15

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | from arbitrators; analyze disclosure for conflicts and bias; teleconference with client and Mexican counsel; review powers of attorney; review and edit affidavit; review executed arbitration agreement; review and analyze discovery issues | |
| 06/26/15 | M. H. Truong | 0.80 | Review correspondence from the first selected third party arbitrator and update file with same; compile and update file with the Arbitration Agreement and defendants' arbitrator's disclosure letter | 212.00 |
| 06/26/15 | R. R. Young | 1.10 | Advising regarding ███████ ████; prepare for and participate in meeting with J. Lam regarding the same | 841.50 |
| 06/28/15 | E. A. Gilman | 0.50 | Conference call regarding ██████████████████; conduct follow-up research regarding same | 200.00 |
| 06/29/15 | E. A. Gilman | 5.10 | Correspondence regarding ███████████████; research applicable provisions of International Bar Associations rules for conflicts of interest; draft and finalize arbitrator challenge; correspondence with client ███████████ | 2,040.00 |
| 06/29/15 | G. K. Kontakis | 1.50 | Receipt, review and exchange correspondence with B. Gilman regarding Voluntary Dismissal; draft Notice of Voluntary Dismissal regarding same; convert for ECF Filing; file Notice on ECF and provide updated status report to B. Gilman regarding same | 712.50 |
| 06/29/15 | J. F. Sullivan | 3.20 | Telephone conference with A. Sabater regarding disclosure by R. Stanford; correspondence to client, R. Young and separately A. Sabater regarding same; prepare for objection to diclsosure by R. Stanford; analysis and correspondence regarding protocol for objections, alternative consideration; review pleading | 2,032.00 |

# K&L GATES

Invoice # 3125144
2700105.00008
Page 14 of 15

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | and key documents to prepare strategy and analysis for arbitration; review relevant documentation including HMAA rules and arbitration agreement | |
| 06/29/15 | M. H. Truong | 1.10 | Review revised third-party subpoenas to bonding agencies; compile and update file with Plaintiff's Arbitrator's Disclosures and Claimant's Challenge to Prospective Arbitrator; compile payments information to Tradeco Infraestructura from the TXDOT | 291.50 |
| 06/30/15 | G. K. Kontakis | 0.10 | Receipt and review ECF confirmation of referral of Notice to Judge Nathan | 47.50 |
| 06/30/15 | J. F. Sullivan | 2.70 | Review correspondenece regarding parties' challenges; analyze same; planning conference regarding same; prepare for call with client; teleconference with J. Lam regarding ██████████; teleconference with A. Sabater regarding objection to Sutcliffe; prepare correspondence to both arbitrators regarding status of selection of chair; analyze ██████ | 1,714.50 |
| 06/30/15 | M. H. Truong | 0.70 | Review drafts of third-party subpoenas to various bonding agencies; conference with records company regarding revisions to same | 185.50 |
| | | TOTAL FEES | 164.70  hrs | $   80,014.00 |

# K&L GATES

## FEES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 07/01/15 | E. A. Gilman | 1.80 | Analysis of process for Rule B attachment against additional banks with suspected TxDOT funds; correspondence with client regarding ██████ █████████████████; analysis of ████████████ ██████ attention to subpoenas to bond companies | 720.00 |
| 07/01/15 | J. F. Sullivan | 3.10 | Review challenge to Sutcliffe filed by Respondents; correspond with client regarding same; analyze ████████ ████ teleconference with A. Sabater regarding status, selection of chair; analyze █████████ ████████; review pleadings and motions in preparation; review numerous correspondence regarding selection and extension of time | 1,968.50 |
| 07/01/15 | M. H. Truong | 1.30 | Compile Respondent's Challenge to Prospective Arbitrator, J. Sutcliffe;  compile numerous biographies from various individuals and forward same to counsel; compile final third-party subpoenas to various bonding agencies; prepare third-party subpoenas request chart for same | 344.50 |
| 07/02/15 | E. A. Gilman | 1.50 | Correspondence and analysis regarding ████████ ████████; incorporate revisions to and finalize affidavits regarding enforcement of powers of attorney for execution; correspondence with opposing counsel regarding same; correspondence regarding consultant group | 600.00 |
| 07/02/15 | G. K. Kontakis | 0.30 | Receipt and review Order granting Voluntary Dismissal; draft updated status report to client and co-counsel regarding same | 142.50 |
| 07/02/15 | J. F. Sullivan | 1.80 | Review correspondence from A. | 1,143.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | Sabater; review information from opposing counsel regarding contact on Tradeco by ASG; ████████ ████████ review names and bios of numerous chair candidates proposed by arbitrator Cooney | |
| 07/02/15 | M. H. Truong | 0.40 | Update arbitration file with Respondent's Challenge to Prospective Arbitrator, J. Sutcliffe; review correspondence to J. Huffman regarding letter agreement; update pleadings file with signed Notice of Voluntary Dismissal and Order in the <mark>New York</mark> proceeding | <mark>106.00</mark> |
| 07/06/15 | E. A. Gilman | 0.50 | Review emails related to chair selection; correspondence with client ████████; review information related to consultants | 200.00 |
| 07/06/15 | R. R. Young | 0.80 | Engagement regarding Ranger Offshore settlement discussions and arbitrator selection | 612.00 |
| 07/07/15 | J. F. Sullivan | 1.50 | Teleconference with A. Sabater regarding arbitration status and G. Silva as chair candidate; prepare for conference with client regarding ████████ ████████; review correspondence with arbitrators; review correspondence from A. Sabater regarding chair candidate and qualifications and disclosure; analyze issues relative to ASG and effect on arbitration and possible settlement approaches; conferences with team ████████ | 952.50 |
| 07/07/15 | R. R. Young | 0.80 | Teleconferences regarding ████████ | 612.00 |
| 07/08/15 | E. A. Gilman | 2.20 | Review disclosures from prospective arbitrator; correspondence with client ████████; lengthy conference call with client regarding ████████; attention | 880.00 |

# K&L GATES

Invoice # 3136319
2700105.00008
Page 4 of 12

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | to preparing process for Bank of America and Chase | |
| 07/08/15 | J. F. Sullivan | 1.40 | Prepare for call with client; attend call with client regarding ████████████████; review correspondence with opposing counsel; prepare for call with opposing counsel; review acceptance of chair appointment by G. Silva; analyze ██████████████ | 889.00 |
| 07/08/15 | M. H. Truong | 0.30 | Review subpoenas forwarded to opposing counsel; conference regarding date of service of same; conference with counsel regarding deadline for objections to same | 79.50 |
| 07/09/15 | J. Erskine | 0.20 | Call with TxDOT; call with R. Young regarding ████████ | 128.00 |
| 07/09/15 | E. A. Gilman | 0.50 | Review draft process for Bank of America and Chase; correspondence with client regarding ████████; follow-up regarding same | 200.00 |
| 07/09/15 | J. F. Sullivan | 0.40 | Prepare email regarding status and strategy; review correspondence with J. Lam; correspondence to J. Lam; ████████████, meeting | 254.00 |
| 07/09/15 | M. H. Truong | 0.30 | Research registered agents for service of garnishment on two new entities; prepare process of maritime attachment and garnishment to Bank of America and JP Morgan Chase; forward same to counsel | 79.50 |
| 07/10/15 | E. A. Gilman | 1.30 | Analysis of interrogatory responses from Tradeco subsidiaries; analysis of filing regarding responses to process for maritime attachment and garnishment; correspondence with client regarding same; review correspondence from federal insurance regarding subpoena | 520.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 07/10/15 | J. H. Hines | 0.30 | Call from B. Gilman regarding status of arbitrator selection and answer filings | 157.50 |
| 07/10/15 | J. F. Sullivan | 1.20 | Research ███████████ ██████████ ; conference with J. Lam regarding same; review responses to subpoena and analyze ███████████ conference with team members regarding ██████ | 762.00 |
| 07/10/15 | M. H. Truong | 0.50 | Compile garnishees' responses to process of maritime and response from Federal Insurance Company regarding third party subpoena; conference with records and counsel regarding subpoena service process | 132.50 |
| 07/10/15 | R. R. Young | 1.10 | Review and comment on interrogatory responses; plan meeting with TxDOT | 841.50 |
| 07/12/15 | J. H. Hines | 0.20 | Review garnishee answers | 105.00 |
| 07/13/15 | E. A. Gilman | 0.40 | Teleconference with opposing counsel regarding settlement negotiations and affidavits in support of powers of attorney; follow- up with client ████████ ██████ ; review process for Bank of America and Chase | 160.00 |
| 07/13/15 | J. F. Sullivan | 0.80 | Prepare for conference call with Tradeco's counsel, B. Vannoy; telephone conference with B. Vannoy; review summary of call; prepare ███████████ ██████████ for J. Lam | 508.00 |
| 07/13/15 | M. H. Truong | 0.20 | Compile and review garnishees' answers to process of maritime | 53.00 |
| 07/14/15 | E. A. Gilman | 0.20 | Correspondence with client regarding ████████ ██████████ ; revise process of maritime attachment and garnishment for Bank of America and Chase | 80.00 |
| 07/14/15 | J. F. Sullivan | 0.80 | Review correspondence from Tradeco's counsel regarding | 508.00 |

# K&L GATES

Invoice # 3136319
2700105.00008
Page 6 of 12

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | panel chair, G. Silva; correspondence to J. Lam regarding ███████ ██████ review pleadings and order of court regarding TxDOT | |
| 07/15/15 | M. H. Truong | 0.30 | Finalize Process of Maritime Attachment for additional garnishees; conference call to deputy clerk regarding issuance of same | 79.50 |
| 07/16/15 | E. A. Gilman | 0.50 | Prepare summary of topics to discuss at meeting with TxDOT; review correspondence related to same | 200.00 |
| 07/16/15 | M. H. Truong | 0.30 | Follow-up with deputy clerk regarding supplemental process of maritime attachment and garnishment; conference with counsel regarding same | 79.50 |
| 07/16/15 | R. R. Young | 2.50 | Prepare for meeting with TxDOT | 1,912.50 |
| 07/17/15 | J. Erskine | 0.40 | Prepare for TxDOT meeting with R. Young and J. Sullivan | 256.00 |
| 07/17/15 | J. Erskine | 1.30 | TxDOT meeting with R. Johnson, R. Young, and J. Sullivan | 832.00 |
| 07/17/15 | J. Erskine | 0.20 | Thank you letter to R. Johnson | 128.00 |
| 07/17/15 | J. Erskine | 0.50 | Call with client, R. Young and J Sullivan; follow-up | 320.00 |
| 07/17/15 | J. F. Sullivan | 6.70 | Prepare for meeting with TxDOT counsel; travel to Austin for conference; prepare for conference; meet with R. Johnson at TxDOT; telephone conference with J. Lam ████████ review correspondence from G. Silva regarding preliminary conference; prepare correspondence to G. Silva regarding party representatives and preliminary hearing | 4,254.50 |
| 07/17/15 | R. R. Young | 4.50 | Prepare for and participate in TxDOT meeting (Deputy GC); ████████ follow-up with arbitration team | 3,442.50 |
| 07/20/15 | E. A. Gilman | 0.20 | Review correspondence from arbitrators regarding scheduling | 80.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | conference; follow-up with client and opposing counsel regarding same | |
| 07/20/15 | J. H. Hines | 0.30 | Email to B. Gilman regarding new case on ███████████; emails regarding pre-arbitration hearing and proposed supplemental Rule B process | 157.50 |
| 07/20/15 | J. F. Sullivan | 0.50 | Correspondence with opposing counsel regarding planning conference, schedule; prepare for conference with opposing counsel; review documents provided by Ron Johnson at TxDOT | 317.50 |
| 07/20/15 | M. H. Truong | 1.10 | Conferences with court's personnel regarding issuance of additional process requests; finalize same; prepare drafts of interrogatories to new garnishees; update file with same | 291.50 |
| 07/21/15 | E. A. Gilman | 0.80 | Prepare for upcoming hearing with panel; review drafts for requesting issuance of process to Chase and Bank of America; work on draft scheduling order | 320.00 |
| 07/21/15 | J. H. Hines | 0.10 | Email regarding arbitration materials | 52.50 |
| 07/21/15 | M. H. Truong | 1.30 | Numerous conferences with court's clerk regarding status of new writs; prepare draft of Joint Discovery/Case Management Plan; conference with counsel regarding deadline to reply to garnishees' answers regarding process of maritime attachment and garnishment | 344.50 |
| 07/22/15 | E. A. Gilman | 0.80 | Prepare for upcoming scheduling conference with panel; correspondence with opposing counsel regarding same; draft proposed scheduling order; correspondence with opposing counsel and co-counsel regarding same | 320.00 |
| 07/22/15 | J. F. Sullivan | 0.50 | Review draft scheduling order; prepare correspondence to | 317.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | opposing counsel, B. Vannoy; prepare for preliminary conference with panel | |
| 07/22/15 | M. H. Truong | 5.90 | Review new writs issued by the court and finalize documents to forward to process server for service of citation on new garnishees' registered agent; forward a copy of same to opposing counsel; finalize draft of Joint Discovery and Case Management Plan and forward same to counsel; review answers and objections from third-party XL Reinsurance America to Depositions by Written Questions | 1,563.50 |
| 07/23/15 | J. H. Hines | 0.10 | Telephone conference with B. Gilman regarding coverage of pre-hearing | 52.50 |
| 07/23/15 | J. F. Sullivan | 0.50 | Prepare for initial planning conference with panel and opposing counsel; correspondence to opposing counsel regarding same; prepare schedule | 317.50 |
| 07/23/15 | M. H. Truong | 0.30 | Review process server's return of service and conference regarding revisions to same; conference regarding deadline for new garnishees to respond to interrogatories served through their registered agent | 79.50 |
| 07/24/15 | E. A. Gilman | 4.50 | Finalize proposed schedule for hearing with Panel; participate in same; follow up correspondence with opposing counsel regarding items raised in hearing; incorporate revisions to scheduling order; teleconference with client regarding █████████; multiple rounds of follow up correspondence with opposing counsel regarding same; draft correspondence to panel transmitting proposed schedule | 1,800.00 |
| 07/24/15 | J. F. Sullivan | 4.30 | Prepare for telephonic hearing with panel; telephone conferences (3) with opposing | 2,730.50 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | counsel on schedule and other issues; extended preliminary hearing with panel; telephone conference with J. Lam prepare amended schedule and correspondence to panel; review correspondence from G. Silva, chair of panel and his order; prepare correspondence to panel regarding schedule | |
| 07/24/15 | M. H. Truong | 1.70 | Numerous conferences with process server regarding revised return of service; compile return of service documents perfected on new garnishees and conferences regarding filing of same | 450.50 |
| 07/24/15 | R. R. Young | 1.10 | Prepare for and hold telephone meeting with J. Lam regarding ██████████████ | 841.50 |
| 07/26/15 | J. H. Hines | 0.40 | Review correspondence from arbitral tribunal including scheduling order; calendar key dates of same | 210.00 |
| 07/27/15 | E. A. Gilman | 0.20 | Correspondence with opposing counsel regarding Rule 26(f) conference; work on schedule for arbitration | 80.00 |
| 07/27/15 | J. F. Sullivan | 0.60 | Review and respond to correspondence with arbitrator; prepare for arbitration; conference with team regarding | 381.00 |
| 07/27/15 | M. H. Truong | 3.10 | Research new garnishee's entity; prepare new writ to Comerica Incorporated, letter to Comerica Incorporated' registered agent, and interrogatories for same; forward same to counsel for approval; calculated deadlines on proposed Scheduling Order; prepare monthly paper calendars for September 2015 through January 2016 and update same with upcoming deadlines | 821.50 |
| 07/27/15 | J. D. Wagner | 0.30 | Consider research to perform to | 84.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ascertain whether ███████████ ████████████ | |
| 07/28/15 | E. A. Gilman | 0.30 | Correspondence with opposing counsel regarding schedule; review of revised schedule | 120.00 |
| 07/28/15 | M. H. Truong | 0.40 | Review correspondence regarding deadline to file Joint Discovery Case Management Plan; review correspondence from American Home Assurance Company's objecting to Deposition by Written Questions | 106.00 |
| 07/28/15 | J. D. Wagner | 1.80 | Review financial information concerning Tradeco's ongoing contracts with the Texas Department of Transportation; consider ███████████████ ; review procedures and substantive rules regarding writ of attachment as a prejudgment remedy; consider ████████████████ | 504.00 |
| 07/29/15 | E. A. Gilman | 3.40 | Finalize schedule to send to arbitrators; send same; teleconference with client regarding ███████████; teleconference with Bank of America regarding interrogatory responses; teleconference with various counsel for surety companies to discuss status of bonds and any excess; review and revise proposed joint scheduling order and conference in advance of status conference with Court; correspondence regarding same | 1,360.00 |
| 07/29/15 | M. H. Truong | 0.20 | Review correspondence from chair person regarding security | 53.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | deposits for arbitrators' fees; update case information sheet with chair person's contact information | |
| 07/30/15 | J. F. Sullivan | 0.70 | Review Rule 26F conference order; review possible █████ ███████████████ preparing for arbitration; planning conference with team | 444.50 |
| 07/30/15 | M. H. Truong | 0.20 | Compile newspaper article regarding defendant's walking away from additional construction projects and forward same to counsel | 53.00 |
| 07/30/15 | J. D. Wagner | 0.40 | Review TxDOT website in search of ███████████████ | 112.00 |
| 07/31/15 | E. A. Gilman | 1.70 | Correspondence with opposing counsel regarding discovery plan; finalize and file same; correspondence regarding responses from bond companies | 680.00 |
| 07/31/15 | J. H. Hines | 0.20 | Review order granting arbitration and case management plan | 105.00 |
| 07/31/15 | J. F. Sullivan | 0.40 | Review draft case management plan per FRCP 26F; prepare edits and forward for filing | 254.00 |
| 07/31/15 | M. H. Truong | 2.40 | Research potential lawsuits filed against defendant by TxDOT; research congressional investigation against defendant; conference with counsel ███████████; compile Order Granting Defendant's Motion to Compel Arbitration; review final Joint Discovery and Case Management Plan | 636.00 |
| | TOTAL FEES | 84.00 hrs | | $ 41,283.50 |

# K&L GATES

## **FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| 08/03/15 | E. A. Gilman | 0.90 | Correspondence with Bank of America regarding interrogatory responses; teleconference with client ███████ | 360.00 |
| 08/03/15 | J. F. Sullivan | 0.30 | Review order of court on Motion to Compel Arbitration; prepare for Rule 26(f) conference; analyze issues regarding ██████████ | 190.50 |
| 08/03/15 | M. H. Truong | 0.30 | Review proposed Scheduling Order in connection with case arbitration and conference regarding upcoming deadlines | 79.50 |
| 08/04/15 | E. A. Gilman | 0.10 | Begin work on revised agreement to arbitrate | 40.00 |
| 08/04/15 | M. H. Truong | 1.50 | Conferences with counsel regarding garnishee Bank of America's response to process of maritime; research ███████ review docketing confirmation report on upcoming arbitration deadlines | 397.50 |
| 08/05/15 | E. A. Gilman | 0.30 | Review and send correspondence to Mexican counsel; attention to outstanding subpoena responses | 120.00 |
| 08/06/15 | J. F. Sullivan | 0.50 | Review follow up requests for documents and information to TxDOT and Co-America; review budget; conference with team regarding strategy | 317.50 |
| 08/07/15 | E. A. Gilman | 0.80 | Correspondence with counsel for Bank of America regarding response to interrogatories; correspondence with Mexican counsel regarding case status; begin to work on revised agreement incorporating Powers of Attorney | 320.00 |
| 08/10/15 | E. A. Gilman | 1.60 | Teleconference with client regarding ███████████ ; follow up teleconference with client | 640.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|------|------|-------|-------------|--------|
| | | | ███████ ; revise arbitration agreement; correspondence with client ███ | |
| 08/10/15 | J. F. Sullivan | 1.40 | Review news item in Capitanes Newspaper in Mexico regarding ███████ teleconference with J. Lam regarding ███████ ; prepare for Rule 26(f) case management conference; ███████ consider motion for expedited consideration of stipulated debt to the panel, timing for same | 889.00 |
| 08/10/15 | M. H. Truong | 0.30 | Conference with Garnishee JP Morgan Chase regarding contact person to discuss status of garnishee's responses to writ and interrogatories; conference with counsel regarding same | 79.50 |
| 08/11/15 | E. A. Gilman | 3.00 | Participate in Rule 26 hearing with magistrate judge; meeting with opposing counsel to view space for arbitration proceeding; correspondence with client and arbitration panel regarding upcoming deadline for security; correspondence with client and co-counsel ██████ ; review correspondence from counsel for Bank of America regarding assets of Grupo Tradeco | 1,200.00 |
| 08/11/15 | J. F. Sullivan | 2.30 | Prepare for Rule 26(f) scheduling conference; attend conference with court; travel to Blank Rome office to for conference with opposing counsel regarding arbitration | 1,460.50 |
| 08/11/15 | M. H. Truong | 0.20 | Review Court's Minute Entry and Notice of Setting of Initial Conference; conference regarding same | 53.00 |

# K&L GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 08/12/15 | E. A. Gilman | 0.20 | Correspondence with counsel for Chase regarding interrogatory responses; follow-up regarding security payment schedule | 80.00 |
| 08/12/15 | J. F. Sullivan | 0.20 | Review correspondence to and from arbitration panel; review correspondence from opposing counsel | 127.00 |
| 08/13/15 | E. A. Gilman | 0.30 | Work on amendment to arbitration agreement | 120.00 |
| 08/13/15 | J. F. Sullivan | 0.10 | Review correspondence from G. Silva; review correspondence to J. Lam | 63.50 |
| 08/13/15 | M. H. Truong | 0.10 | Conferences with counsel and staff regarding new deadline for arbitration fees | 26.50 |
| 08/14/15 | E. A. Gilman | 1.20 | Incorporate co-counsel R. Young revisions to draft amendment; correspondence with client ▓▓▓▓▓▓; correspondence with tribunal regarding arbitration situs | 480.00 |
| 08/14/15 | R. R. Young | 1.10 | Review and revise arbitration agreement amendment | 841.50 |
| 08/19/15 | M. H. Truong | 0.20 | Conferences with records company and counsel regarding third party's objections to plaintiff's subpoenas; compile objections and forward same to records company | 53.00 |
| 08/21/15 | M. H. Truong | 0.30 | Compile correspondence from E. Silva regarding instruction for security deposit and forward same to client; review client's proof of security deposit for upcoming arbitration | 79.50 |
| 08/24/15 | E. A. Gilman | 0.30 | Attention to payment of arbitrator securities; follow up with client regarding ▓▓▓▓▓▓ | 120.00 |
| 08/26/15 | M. H. Truong | 0.10 | Review JP Morgan Chase's response to writ of attachment | 26.50 |
| 08/27/15 | J. H. Hines | 0.10 | Email from arbitral tribunal regarding proposed schedule | 52.50 |
| 08/28/15 | E. A. Gilman | 0.20 | Correspondence with counsel for Tradeco regarding panel's proposed schedule changes | 80.00 |
| 08/31/15 | E. A. Gilman | 1.70 | Correspondence with Tradeco's counsel regarding scheduling; | 680.00 |