# EXHIBIT A-17

HOUSTON MARITIME ARBITRATORS ASSOCIATION

| | |
|---|---|
| RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V., | § § § |
| *Claimant,* | § § |
| vs. | § § § |
| TRADECO INFRAESTRUCTURA, S.A. DE C.V.; GRUPO TRADECO, S.A. DE C.V. | § § § § |
| *Respondents.* | |

### DECLARATION IN SUPPORT OF FEES AND EXPENSES

I, Roger Morales Banuet, declare as follows:

1. My name is Roger Morales Banuet. The facts stated herein are based on my personal knowledge because they relate to events or occurrences in which I personally participated or which I have personally observed, and are true and correct.

2. I am the founder of Morales Banuet & Asociados, S.C.

3. I have experience with Litigation in Civil and Commercial Law, Probate Law, Administrative Law, Real Estate, Environmental, Transportation and Telecommunications, Banking Law, International Private Law and Constitutional Proceedings (Amparo).

4. In connection with the dispute between Ranger Offshore Mexico, S. de R.L. de C.V. ("Ranger"), Tradeco Infraestructura S.A. de C.V. ("Tradeco"), and Grupo Tradeco, S.A. de C.V. ("Grupo Tradeco") my firm was engaged to provide legal services.

5. I have familiarized myself with the following factors and applied them to determine whether the fees incurred by my Firm are reasonable:

    a) The time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly;

    b) The likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer;

    c) The fee customarily charged in the locality for similar legal services;

    d) The amount involved and the results obtained;

    e) The time limitations imposed by the client or by the circumstances;

f) The nature and length of the professional relationship with the client;

g) The experience, reputation, and ability of the lawyer or lawyers performing the services; and

h) Whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.

6. My Firm providers services in the following areas:

- Civil Law
- Commercial Law
- Corporate Law
- Banking Law
- Administrative Law
    - Telecommunications
    - Environmental
    - Real Estate
- International Private Law
- Constitutional (amparo) proceedings

7. The services provided by my Firm are more particularly described in the invoices issued by the Firm. True and correct copies of the invoices with redactions to protect attorney-client privilege and work product privilege are attached hereto.

8. This work was undertaken by myself, and Rosybel Valdés Valerio (RVV), José Benutto Montemayor (JBM), and Rolando Vargas Cordero (RVC).

9. The Firm charges for their work on an hourly basis. My rate is $400.00 USD per hour. My colleagues' rates are $300.00 USD per hour.

10. Based on my knowledge and experience of practicing law at Morales Banuet & Asociados, S.C. for 34 years, these attorney fees are customarily charged in this area for the same or similar services for attorneys with the same or similar experience, reputation, and ability.

11. Ranger has incurred USD $24,800.00 in attorney fees for the Firm's representation in this matter. These fees and expenses were reasonable and necessary under the circumstances.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Roger Morales Banuet
Date: