# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V., § § § | | |
| *Plaintiff*, § § | | |
| v. § § | Civil Action No. 4:15-CV-00635 | |
| TRADECO INFRAESTRUCTURA, S.A. DE C.V. ; ET AL, § § § § | Admiralty | |
| *Defendants.* § | | |

## DECLARATION

Pursuant to 28 U.S.C. §1746, **Vicente Bañuelos**, declares as follows:

1. My name is Vicente Bañuelos. I am above the age of eighteen, fully competent to make this verification and all the following is within my personal knowledge and true and correct.

2. I am an attorney licensed to practice with Mexico, working at Garza Tello & Asociados S.C. in Mexico City, Mexico.

3. I represent Plaintiff Ranger Offshore Mexico, S. de R.L. de C.V. in the following proceedings:

    a. Case Number 83/2017, in the Fourth District Court in Civil Matters of the First Circuit; *Ranger Offshore Mexico, S. de R.L. de C.V. v. Tradeco Infraestructura, S.A. de C.V. (involuntary bankruptcy proceeding)*;

    b. Case Number 84/2017, in the Eight District Court in Civil Matters of the First Circuit; *Ranger Offshore Mexico, S. de R.L. de C.V. v. Tradeco Infraestructura, S.A. de C.V.; Grupo Tradeco, S.A. de C.V. (involuntary bankruptcy proceeding)*; and

1

    c. Case Number 285/2017, in the Second Civil Court of Mexico City; *Ranger Offshore Mexico, S. de R.L. de C.V. v. Tradeco Infraestructura, S.A. de C.V.; Grupo Tradeco, S.A. de C.V.* (enforcement of award proceeding)

(collectively, the "Proceedings in Mexico").

4. Tradeco Infraestructura, S.A. de C.V. and Grupo Tradeco, S.A. de C.V. received due notice of, and appeared and participated in the Proceedings in Mexico.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2017.

_____
Vicente Bañuelos Rizo

2