IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V.,** | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 4:15-CV-00635 |
| **TRADECO INFRAESTRUCTURA, S.A. DE C.V. ; ET AL,** | § § § § | Admiralty |
| *Defendant*. | § | |

## **ORDER**

The Court considered Defendants Tradeco Infraestructura, S.A. de C.V. and Grupo Tradeco, S.A. de C.V.'s Motion for Vacatur [ECF No. 64] (the "Motion"). The Court **DENIES** the Motion.

SIGNED  on this the ____ day of _____ 2017.

_____
Hon. Melinda Harmon
UNITED STATES DISTRICT JUDGE