United States District Court
Southern District of Texas
**ENTERED**
February 16, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V.,** | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 4:15-CV-00635 |
| **TRADECO INFRAESTRUCTURA, S.A. DE C.V. ; ET AL,** | § § § § | Admiralty |
| *Defendant.* | § | |

# FINAL JUDGMENT

**WHEREAS**, the Court by its Order and Opinion dated February 7, 2018, entered February 8, 2018 (Document No. 72), **DENIED** Defendants Tradeco Infraestructura, S.A. de C.V. and Grupo Tradeco, S.A. de C.V.'s Motion for Vacatur, and **CONFIRMED** the arbitration award entered in favor of Plaintiff Ranger Offshore Mexico, S. De R.L De C.V. and against Defendants Tradeco Infraestructura, S.A. de C.V. and Grupo Tradeco, S.A. de C.V., which includes the Partial Final Award, dated September 30, 2016; the Final Award, dated January 30, 2017; and the Disposition of Motion for Correction and Clarification, dated March 1, 2017 (altogether the "Arbitration Award");

**WHEREAS**, in the Arbitration Award, the tribunal awarded damages to Plaintiff as against both Defendants, jointly and severally, in the amount of US $ 16,491,713.88, including 8% interest as of September 30, 2016, and an additional amount of US $1,107,266.88 separately against Defendant Grupo Tradeco, S.A. de C.V., representing the difference between the 8% interest rate and the higher interest rate of 12% provided by a Guarantee, as of September 30, 2016, broken down by the tribunal in the following table format:

501027377 v1

|  | Principal | Interest at 8% (as of 30-Sept-16) | Interest at 12% (as of 30-Sept-16) |
|---|---|---|---|
| Pre-suspension damages | $4,158,846.52 | $655,148.17 | $982,722.25 |
| Post-suspension through Oct. 31, 2014 | $9,087,910.89 | $1,401,970.89 | $2,102,956.33 |
| Post-suspension through Dec. 25, 2014 | $1,030,422.70 | $157,414.71 | $236,122.07 |
| **Total:** | **$14,277,180.11** | **$2,214,533.77** | **$3,321,800.65** |

WHEREAS, in the Arbitration Award, the tribunal also awarded interest on the principal of US $14,277,180.11 set out in the table above to accrue after September 30, 2016 at a daily rate of US $3,129.24 for the 8% rate and US $4,693.87 for the 12% rate;

WHEREAS, in the Arbitration Award, the tribunal also awarded to Plaintiff as against both Defendants, jointly and severally, its attorney's fees and costs in the amount of US $1,963,222.10 along with interest on that amount at the rate of 8% per annum from January 30, 2017;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Plaintiff Ranger Offshore Mexico, S. De R.L De C.V. is granted judgment against

(1) Defendants Tradeco Infraestructura, S.A. de C.V. and Grupo Tradeco, S.A. de C.V., jointly and severally, in the amount of

    a. US $20,171,527.01,[1] plus additional interest accruing at US $3,559.53 per day[2] from February 10, 2018 until such judgment is satisfied; and

---

[1] This amount includes (i) $14,277,180.11 of principal, (ii) $2,214,533.77 of interest calculated by the tribunal at 8% as of September 30, 2016 set out in the table above, (iii) $1,555,232.28 of interest on the $14,277,180.11 of principal from October 1, 2016 through February 9, 2018 calculated using the daily rate of $3,129.24 (based upon 8% per annum rate) as awarded by tribunal, (iv) $1,963,222.10 of attorney's fees and costs awarded by the tribunal, and (v) $161,358.75 of interest on the award of attorney's fees and costs from January 31, 2017 through February 9, 2018 calculated using the daily rate of $430.29 (based upon 8% per annum rate) awarded by the tribunal.

[2] This amount includes (i) the $3,129.24 daily rate awarded by the tribunal against both Defendants, jointly and severally, as to the principal, plus (ii) the daily rate of $430.29 awarded by the tribunal against both Defendants, jointly and severally, as to the award of attorney's fees and costs.

501027377 v1

(2) Defendant Grupo Tradeco, S.A. de C.V., separately, the additional amount of

    a. <u>US $1,884,887.99</u>,[3] plus additional interest accruing at <u>US $1,564.63</u> per day[4] from February 10, 2018 until such judgment is satisfied;

and shall have execution therefore.

SIGNED on this the 15th day of February 2018.

_____
Hon. Melinda Harmon
UNITED STATES DISTRICT JUDGE

---

[3] The amount includes (i) the $1,107,266.88 of additional interest awarded by the tribunal as against Defendant Grupo Tradeco, S.A. de C.V. separately based upon the Guarantee's 12% rate (the difference between the 8% interest and 12% interest on the principal as of September 30, 2016) calculated by the tribunal, and (ii) $777,621.11 of interest on the $14,277,180.11 principal from October 1, 2016 through February 9, 2018 calculated by taking the difference between the daily rate of $3,129.24 (based upon 8% per annum rate) and the daily rate of $4,693.87 for the 12% per annum rate) during such time period.

[4] This amount represents the difference between the daily rate of $3,129.24 (based upon the 8% per annum rate) and the daily rate of $4,693.87 (based upon the 12% per annum rate), awarded by the tribunal separately as against Defendant Grupo Tradeco, S.A. de C.V.