## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RANGER OFFSHORE MEXICO, S. DE R.L. DE C.V., § § § | | |
| *Plaintiff*, § § | | Case No. 4:15-cv-00635 |
| v. § § | | |
| TRADECO INFRAESTRUCTURA, S.A. DE C.V.; ET AL, § § | | |
| *Defendants*. | | |

## NOTICE OF APPEAL OF
## DEFENDANTS TRADECO INFRAESTRUCTURA, S.A. DE C.V.
## AND GRUPO TRADECO, S.A. DE C.V.

Notice is hereby given that Defendants Grupo Tradeco, S.A. de C.V. and Tradeco Infraestructura, S.A. de C.V. (collectively "Tradeco") hereby appeal to the United States Court of Appeals for the Fifth Circuit from (1) the Final Judgment entered in this action on February 16, 2018 (Dkt. No. 74), (2) the Amended Final Judgment entered in this action on June 28, 2018 (Dkt. No. 85), (3) the Order and Opinion entered on February 8, 2018 (Dkt. No. 72), and (4) any and all other orders, rulings, findings, conclusions, memoranda, dismissals, and judgments in this case that are in any way adverse or detrimental to Grupo Tradeco, S.A. de C.V. or Tradeco Infraestructura, S.A. de C.V.

Respectfully submitted,

S<small>CHIFFER</small> H<small>ICKS</small> J<small>OHNSON</small>, PLLC

By:  /s/ Marc S. Tabolsky
    Marc S. Tabolsky
    S.D. Tex. Bar No. 37164
    State Bar No. 24037576
    700 Louisiana, Suite 2650
    Houston, Texas 77002
    Tel:  (713) 357-5150
    Fax:  (713) 357-5160
    Email:   mtabolsky@shjlawfirm.com

**ATTORNEYS FOR DEFENDANTS TRADEO INFRAESTRUCTURA, S.A. DE C.F. AND GRUPO TRADECO, S.A. DE C.V.**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 27, 2018, a true and correct copy of the foregoing document was filed using the Court's electronic filing system.  Notice of this filing will be sent by the Court's electronic case filing system to all counsel of record registered to receive service as required under applicable local rules.  Parties may access this filing through the Court's electronic filing system.

/s/ Marc S. Tabolsky
Marc S. Tabolsky