United States Courts
Southern District of Texas
FILED
November 26, 2018
David J. Bradley, Clerk of Court

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 26, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-20513   Ranger Offshore Mexico v. Grupo Tradeco, S.A. de C.V., et al
                 USDC No. 4:15-CV-635

The court has granted an extension of time to and including December 21, 2018 for filing appellant's/petitioner's brief in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Casey A. Sullivan, Deputy Clerk
                504-310-7642

Mr. David J. Bradley
Ms. Elizabeth Gilman
Mr. Christopher Stephen Johns
Mr. John Francis Sullivan III